| | |
|---|---|
| **ATTORNEY OR PARTY NAME, ADDRESS, PHONE & FAX NOS., STATE BAR NO. & EMAIL**<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | **FOR COURT USE ONLY** |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| | |
|---|---|
| In re:<br><br>Sevina Danielle Bega<br><br>Ryan William Bega<br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: Chapter 13<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: __05/09/2024__    __Sevina Danielle Bega__    _____
                          Printed name of Debtor 1             Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: __05/09/2024__    __Ryan William Bega__    _____
                          Printed name of Debtor 2             Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

| Statement of Earnings For: | | | SEVINA D. BEGA | | | | | CTWS LLC DBA California Tool & Welding Suppl |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 191 | Location | Riverside | Period Begin: | 3/24/2024 | Check Date: | 4/11/2024 | 201 N Main St |
| Clock Number: | | Department | 100 | Period End: | 4/6/2024 | Pay Type: | Hourly | Riverside, CA 92501 |
| Company Id: | OCCTWS | Federal Filing: | Married | Exemptions: | | Additional Tax: | $15.00 | |
| | | State Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9554733 | $0.00 | $2,081.97 | $1,405.64 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 26.0800 | 63.83 | 1,664.69 | 558.49 | 14,438.45 | SOC SEC EE | 122.52 | 970.96 | Medical Pre-tax | 92.41 | 739.28 |
| PTO | 26.0800 | 16.00 | 417.28 | 43.16 | 1,085.24 | MED EE | 28.65 | 227.08 | Vision Pre-tax | 13.37 | 106.96 |
| *SH Match | | | 72.87 | 0.00 | 577.76 | FEDERAL WH | 149.07 | 1,175.42 | 401K | 83.28 | 660.29 |
| *ER Medical PreT | | | 183.75 | 0.00 | 1,470.00 | CALIFORNIA WH | 73.06 | 575.06 | 401K Loan | 92.23 | 737.84 |
| Overtime @ 1.5 | | | 0.00 | 0.17 | 6.65 | CALIFORNIA SDI | 21.74 | 172.27 | | | |
| Holiday | | | 0.00 | 16.00 | 398.64 | | | | | | |
| Sick | | | 0.00 | 22.16 | 577.94 | | | | | | |
| **Total:** | | 79.83 | 2,081.97 | 639.98 | 16,506.92 | **Total:** | 395.04 | 3,120.79 | **Total:** | 281.29 | 2,244.37 |

| LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Plan YTD Accr. | Plan YTD | Curr. Accrued | Avail. Balance | Checking | Account: ####6521 | Deposit Amount: 1,405.64 |
| PTO FT | 41.84 | 25.83 | 5.23 | 16.58 | | | |
| Sick | 40.00 | 22.16 | 0.00 | 17.84 | | | |

CTWS LLC DBA California Tool & Welding Supply
201 N Main St
Riverside, CA 92501

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/11/2024 | V9554733 |

| TOTAL NET PAY |
|---|
| ******$1,405.64 |

SEVINA D. BEGA
5535 Apple Orchard Ln
Riverside, CA 92506

NOT NEGOTIABLE

## Employee Pay Details

CTWS LLC  DBA  California Tool & Welding Supply

**SEVINA D. BEGA**

For Pay Period: 3/24/2024 - 4/6/2024
Pay Date: 4/11/2024

| **Earning** | **Rate** | **Hours** | **Dollars** |
|---|---|---|---|
| Hourly Regular | 26.0800 | 63.83 | 1,664.69 |
| PTO | 26.0800 | 16.00 | 417.28 |
|  |  | **79.83** | **2,081.97** |

Employer Contributions and Other Memo Calculations

| **Earning** | **Rate** | **Hours** | **Dollars** |
|---|---|---|---|
| SH Match |  |  | 72.87 |
| ER Medical PreT |  |  | 183.75 |
|  |  |  | **256.62** |

| Statement of Earnings For: | SEVINA D. BEGA | | | | | CTWS LLC DBA California Tool & Welding Suppl 201 N Main St Riverside, CA 92501 | |
|---|---|---|---|---|---|---|---|
| Employee #: | 191 | Location | Riverside | Period Begin: | 04/07/2024 | Check Date: | 4/25/2024 |
| Clock Number: | | Department | 100 | Period End: | 4/20/2024 | Pay Type: | Hourly |
| Company Id: | OCCTWS | Federal Filing: | Married | Exemptions: | | Additional Tax: | $15.00 |
| | | State Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9635482 | $0.00 | $2,090.83 | $1,411.79 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 26.0800 | 69.17 | 1,803.95 | 627.66 | 16,242.40 | SOC SEC EE | 123.08 | 1,094.04 | Medical Pre-tax | 92.41 | 831.69 |
| PTO | 26.0800 | 8.00 | 208.64 | 51.16 | 1,293.88 | MED EE | 28.78 | 255.86 | Vision Pre-tax | 13.37 | 120.33 |
| Sick | 26.0800 | 3.00 | 78.24 | 25.16 | 656.18 | FEDERAL WH | 150.09 | 1,325.51 | 401K | 83.63 | 743.92 |
| *SH Match | | | 73.18 | 0.00 | 650.94 | CALIFORNIA WH | 73.62 | 648.68 | 401K Loan | 92.23 | 830.07 |
| *ER Medical PreT | | | 183.75 | 0.00 | 1,653.75 | CALIFORNIA SDI | 21.83 | 194.10 | | | |
| Overtime @ 1.5 | | | 0.00 | 0.17 | 6.65 | | | | | | |
| Holiday | | | 0.00 | 16.00 | 398.64 | | | | | | |
| **Total:** | | 80.17 | 2,090.83 | 720.15 | 18,597.75 | **Total:** | 397.40 | 3,518.19 | **Total:** | 281.64 | 2,526.01 |

| LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Plan YTD Accr. | Plan YTD | Curr. Accrued | Avail. Balance | Checking | Account: ####6521 | Deposit Amount: 1,411.79 |
| PTO FT | 47.07 | 33.83 | 5.23 | 13.81 | | | |
| Sick | 40.00 | 25.16 | 0.00 | 14.84 | | | |

CTWS LLC DBA California Tool & Welding Supply
201 N Main St
Riverside, CA 92501

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/25/2024 | V9635482 |

| TOTAL NET PAY |
|---|
| ******$1,411.79 |

SEVINA D. BEGA
5535 Apple Orchard Ln
Riverside, CA 92506

**NOT NEGOTIABLE**

# Employee Pay Details

CTWS LLC  DBA  California Tool & Welding Supply

**SEVINA D. BEGA**

For Pay Period: 4/7/2024 - 4/20/2024
Pay Date: 4/25/2024

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Hourly Regular | 26.0800 | 69.17 | 1,803.95 |
| PTO | 26.0800 | 8.00 | 208.64 |
| Sick | 26.0800 | 3.00 | 78.24 |
|  |  | **80.17** | **2,090.83** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| SH Match |  |  | 73.18 |
| ER Medical PreT |  |  | 183.75 |
|  |  |  | **256.93** |

Statement of Earnings For: **SEVINA D. BEGA**  
CTWS LLC DBA California Tool & Welding Suppl  
201 N Main St  
Riverside, CA 92501

| Employee #: | 191 | Location | Riverside | Period Begin: | 4/21/2024 | Check Date: | 5/9/2024 |
|---|---|---|---|---|---|---|---|
| Clock Number: |  | Department | 100 | Period End: | 5/4/2024 | Pay Type: | Hourly |
| Company Id: | OCCTWS | Federal Filing: | Married |  | Exemptions: | Additional Tax: | $15.00 |
|  |  | State Filing: | Single or |  | Exemptions: | Additional Tax: | $20.00 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9821473 | $0.00 | $2,081.97 | $1,405.63 |  |

### EARNINGS
*Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Hourly Regular | 26.0800 | 63.83 | 1,664.69 | 691.49 | 17,907.09 |
| PTO | 26.0800 | 8.00 | 208.64 | 59.16 | 1,502.52 |
| Sick | 26.0800 | 8.00 | 208.64 | 33.16 | 864.82 |
| *SH Match |  |  | 72.87 | 0.00 | 723.81 |
| *ER Medical PreT |  |  | 183.75 | 0.00 | 1,837.50 |
| Overtime @ 1.5 |  |  | 0.00 | 0.17 | 6.65 |
| Holiday |  |  | 0.00 | 16.00 | 398.64 |
| **Total:** |  | 79.83 | 2,081.97 | 799.98 | 20,679.72 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 122.52 | 1,216.56 |
| MED EE | 28.66 | 284.52 |
| FEDERAL WH | 149.07 | 1,474.58 |
| CALIFORNIA WH | 73.06 | 721.74 |
| CALIFORNIA SDI | 21.74 | 215.84 |
| **Total:** | 395.05 | 3,913.24 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 92.41 | 924.10 |
| Vision Pre-tax | 13.37 | 133.70 |
| 401K | 83.28 | 827.20 |
| 401K Loan | 92.23 | 922.30 |
| **Total:** | 281.29 | 2,807.30 |

### LEAVE ACCRUAL

| Accrual Type | Plan YTD Accr. | Plan YTD | Curr. Accrued | Avail. Balance |
|---|---|---|---|---|
| PTO FT | 52.30 | 41.83 | 5.23 | 11.04 |
| Sick | 40.00 | 33.16 | 0.00 | 6.84 |

### DISTRIBUTION OF NET PAY

| Checking | Account: ####6521 | Deposit Amount: | 1,405.63 |
|---|---|---|---|

CTWS LLC DBA California Tool & Welding Supply  
201 N Main St  
Riverside, CA 92501

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/9/2024 | V9821473 |

**TOTAL NET PAY**  
******$1,405.63

SEVINA D. BEGA  
5535 Apple Orchard Ln  
Riverside, CA 92506

**NOT NEGOTIABLE**

## Employee Pay Details

CTWS LLC  DBA  California Tool & Welding Supply

**SEVINA D. BEGA**

For Pay Period: 4/21/2024 - 5/4/2024
Pay Date: 5/9/2024

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Hourly Regular | 26.0800 | 63.83 | 1,664.69 |
| PTO | 26.0800 | 8.00 | 208.64 |
| Sick | 26.0800 | 8.00 | 208.64 |
|  |  | **79.83** | **2,081.97** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| SH Match |  |  | 72.87 |
| ER Medical PreT |  |  | 183.75 |
|  |  |  | **256.62** |

| Statement of Earnings For: | SEVINA D. BEGA | | | | | | CTWS LLC DBA California Tool & Welding Suppl 201 N Main St Riverside, CA 92501 | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 191 | Location | Riverside | Period Begin: | 5/4/2024 | Check Date: | 5/23/2024 | | |
| Clock Number: | | Department | 100 | Period End: | 5/18/2024 | Pay Type: | Hourly | | |
| Company Id: | OCCTWS | Federal Filing: | Married | Exemptions: | | Additional Tax: | $15.00 | | |
| | | State Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9996051 | $0.00 | $2,086.40 | $1,408.70 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 26.0800 | 80.00 | 2,086.40 | 771.49 | 19,993.49 | SOC SEC EE | 122.80 | 1,339.36 | Medical Pre-tax | 92.41 | 1,016.51 |
| *SH Match | | | 73.03 | 0.00 | 796.84 | MED EE | 28.72 | 313.24 | Vision Pre-tax | 13.37 | 147.07 |
| *ER Medical PreT | | | 183.75 | 0.00 | 2,021.25 | FEDERAL WH | 149.58 | 1,624.16 | 401K | 83.46 | 910.66 |
| Overtime @ 1.5 | | | 0.00 | 0.17 | 6.65 | CALIFORNIA WH | 73.34 | 795.08 | 401K Loan | 92.23 | 1,014.53 |
| PTO | | | 0.00 | 59.16 | 1,502.52 | CALIFORNIA SDI | 21.79 | 237.63 | | | |
| Holiday | | | 0.00 | 16.00 | 398.64 | | | | | | |
| Sick | | | 0.00 | 33.16 | 864.82 | | | | | | |
| **Total:** | | 80.00 | 2,086.40 | 879.98 | 22,766.12 | **Total:** | 396.23 | 4,309.47 | **Total:** | 281.47 | 3,088.77 |

| LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|
| Accrual Type | Plan YTD Accr. | Plan YTD | Curr. Accrued | Avail. Balance | Checking | Account: ####6521 | Deposit Amount: | 1,408.70 |
| PTO FT | 57.53 | 41.83 | 5.23 | 16.27 | | | | |
| Sick | 40.00 | 33.16 | 0.00 | 6.84 | | | | |

CTWS LLC DBA California Tool & Welding Supply
201 N Main St
Riverside, CA 92501

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/23/2024 | V9996051 |

| TOTAL NET PAY |
|---|
| ******$1,408.70 |

SEVINA D. BEGA
5535 Apple Orchard Ln
Riverside, CA 92506

NOT NEGOTIABLE

# Employee Pay Details

CTWS LLC  DBA  California Tool & Welding Supply

**SEVINA D. BEGA**

For Pay Period: 5/5/2024 - 5/18/2024
Pay Date: 5/23/2024

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Hourly Regular | 26.0800 | 80.00 | 2,086.40 |
| | | **80.00** | **2,086.40** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| SH Match | | | 73.03 |
| ER Medical PreT | | | 183.75 |
| | | | **256.78** |

**Wallner Expac**
1274 S Slater Cir
Ontario, CA 91761

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | April 4, 2024 | 139149 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***6521 | 2,055.13 |
| **Total Direct Deposits** | | | **2,055.13** |

N1735   530C   511  139149  46825      **N1735**

**Ryan Bega**
5535 Apple Orchard Lane
Riverside, CA  92506

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Wallner Expac

**Ryan Bega**                                                                                    **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **511** | Fed Taxable Income | **2,476.45** | Check Date | **April 4, 2024** | Voucher Number | **139149** |
| Location | **530C** | Fed Filing Status | **M-8+ $20** | Period Beginning | **March 17, 2024** | Net Pay | **2,055.13** |
| Hourly | **$31.25** | State Filing Status | **M-8+ $20** | Period Ending | **March 30, 2024** | Total Hours Worked | **80.91** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 500.00 |
| OVERTIM | 46.88 | 2.13 | 99.84 | 941.71 |
| PTO | | | | 1,000.00 |
| REGULAR | 31.25 | 78.78 | 2,461.88 | 15,774.07 |
| **Gross Earnings** | | **80.91** | **2,561.72** | **18,215.78** |

| Taxes | Filing Status | Amount | YTD |
|---|---|---|---|
| CA | M-8+ $20 | 20.00 | 140.00 |
| CASDI-E | | 27.24 | 193.82 |
| FITW | M-8+ $20 | 72.65 | 536.89 |
| MED | | 35.91 | 255.48 |
| SS | | 153.54 | 1,092.36 |
| **Taxes** | | **309.34** | **2,218.55** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) Loan | 19.89 | 139.23 |
| 401(k) Loan #2 | 52.09 | 52.09 |
| ANTHEM Dental | 30.46 | 213.22 |
| ANTHEM Medical | 48.02 | 336.14 |
| ANTHEM Vision | 6.79 | 47.53 |
| ROTH 401K | 40.00 | 280.00 |
| **Deductions** | **197.25** | **1,068.21** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***6521 | 2,055.13 |
| **Total Direct Deposits** | | | **2,055.13** |

| Available Plan Year | | |
|---|---|---|
| Time Off | to Use | Used |
| PTO | 56.97 | 80.00 |

Wallner Expac | 1274 S Slater Cir  Ontario, CA 91761 | (909) 481-8800 | FEIN: 95-3087012 | CA: 193-5358-0

**Wallner Expac**
1274 S Slater Cir
Ontario, CA 91761

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | April 18, 2024 | 139307 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***6521 | 2,013.25 |
| **Total Direct Deposits** | | | **2,013.25** |

N1735   530C   511  139307  46987          **N1735**

**Ryan Bega**
5535 Apple Orchard Lane
Riverside, CA  92506

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Wallner Expac

**Ryan Bega**                                                                **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **511** | Fed Taxable Income | **2,424.89** | Check Date **April 18, 2024**   Voucher Number **139307** |
| Location | **530C** | Fed Filing Status | **M-8+ $20** | Period Beginning **March 31, 2024**   Net Pay **2,013.25** |
| Hourly | **$31.25** | State Filing Status | **M-8+ $20** | Period Ending **April 13, 2024**   Total Hours Worked **56.21** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 500.00 |
| OVERTIM | 46.88 | 0.23 | 10.78 | 952.49 |
| PTO | 31.25 | 24.00 | 750.00 | 1,750.00 |
| REGULAR | 31.25 | 55.98 | 1,749.38 | 17,523.45 |
| **Gross Earnings** | | **80.21** | **2,510.16** | **20,725.94** |

| Taxes | Filing Status | Amount | YTD |
|---|---|---|---|
| CA | M-8+ $20 | 20.00 | 160.00 |
| CASDI-E | | 26.67 | 220.49 |
| FITW | M-8+ $20 | 67.49 | 604.38 |
| MED | | 35.16 | 290.64 |
| SS | | 150.34 | 1,242.70 |
| **Taxes** | | **299.66** | **2,518.21** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) Loan | 19.89 | 159.12 |
| 401(k) Loan #2 | 52.09 | 104.18 |
| ANTHEM Dental | 30.46 | 243.68 |
| ANTHEM Medical | 48.02 | 384.16 |
| ANTHEM Vision | 6.79 | 54.32 |
| ROTH 401K | 40.00 | 320.00 |
| **Deductions** | **197.25** | **1,265.46** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| BANK OF AMERICA, N.A. | C    ***6521 | 2,013.25 |
| **Total Direct Deposits** | | **2,013.25** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTO | 39.12 | 104.00 |

Wallner Expac | 1274 S Slater Cir  Ontario, CA 91761 | (909) 481-8800 | FEIN: 95-3087012 | CA: 193-5358-0

**Wallner Expac**
1274 S Slater Cir
Ontario, CA 91761

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | May 2, 2024 | 139458 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***6521 | 2,082.41 |
| **Total Direct Deposits** | | | **2,082.41** |

N1735   530C   511  139458  47142   **N1735**

**Ryan Bega**
5535 Apple Orchard Lane
Riverside, CA  92506

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Wallner Expac

**Ryan Bega**  **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **511** | Fed Taxable Income | **2,448.48** | |
| Location | **530C** | Fed Filing Status | **M-8+ $20** | |
| Hourly | **$31.25** | State Filing Status | **M-8+ $20** | |

| Check Date | **May 2, 2024** |
| Period Beginning | **April 14, 2024** |
| Period Ending | **April 27, 2024** |

| Voucher Number | **139458** |
| Net Pay | **2,082.41** |
| Total Hours Worked | **72.72** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | | | | 500.00 |
| OVERTIM | 46.88 | 0.72 | 33.75 | 986.24 |
| PTO | 31.25 | 8.00 | 250.00 | 2,000.00 |
| REGULAR | 31.25 | 72.00 | 2,250.00 | 19,773.45 |
| **Gross Earnings** | | **80.72** | **2,533.75** | **23,259.69** |

| **Taxes** | **Filing Status** | **Amount** | **YTD** |
|---|---|---|---|
| CA | M-8+ $20 | 20.00 | 180.00 |
| CASDI-E | | 26.93 | 247.42 |
| FITW | M-8+ $20 | 69.85 | 674.23 |
| MED | | 35.50 | 326.14 |
| SS | | 151.81 | 1,394.51 |
| **Taxes** | | **304.09** | **2,822.30** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 401(k) Loan | 19.89 | 179.01 |
| 401(k) Loan #2 | 52.09 | 156.27 |
| ANTHEM Dental | 30.46 | 274.14 |
| ANTHEM Medical | 48.02 | 432.18 |
| ANTHEM Vision | 6.79 | 61.11 |
| ROTH 401K | 40.00 | 360.00 |
| Shoes Reimbursement | -50.00 | -50.00 |
| **Deductions** | **147.25** | **1,412.71** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***6521 | 2,082.41 |
| **Total Direct Deposits** | | | **2,082.41** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| PTO | 37.27 | 112.00 |

Wallner Expac | 1274 S Slater Cir  Ontario, CA 91761 | (909) 481-8800 | FEIN: 95-3087012 | CA: 193-5358-0

**Wallner Expac**
1274 S Slater Cir
Ontario, CA 91761

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | May 16, 2024 | 139616 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***6521 | 2,029.24 |
| **Total Direct Deposits** | | | **2,029.24** |

N1735   530C   511  139616  47310      **N1735**

**Ryan Bega**
5535 Apple Orchard Lane
Riverside, CA  92506

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Wallner Expac

**Ryan Bega**                                                                                                    **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **511** | Fed Taxable Income | **2,444.58** | Check Date **May 16, 2024** | Voucher Number **139616** |
| Location | **530C** | Fed Filing Status | **M-8+ $20** | Period Beginning **April 28, 2024** | Net Pay **2,029.24** |
| Hourly | **$31.25** | State Filing Status | **M-8+ $20** | Period Ending **May 11, 2024** | Total Hours Worked **80.62** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 500.00 |
| OVERTIM | 46.88 | 0.67 | 31.41 | 1,017.65 |
| PTO | | | | 2,000.00 |
| REGULAR | 31.25 | 79.95 | 2,498.44 | 22,271.89 |
| **Gross Earnings** | | **80.62** | **2,529.85** | **25,789.54** |

| Taxes | Filing Status | Amount | YTD |
|---|---|---|---|
| CA | M-8+ $20 | 20.00 | 200.00 |
| CASDI-E | | 26.89 | 274.31 |
| FITW | M-8+ $20 | 69.46 | 743.69 |
| MED | | 35.45 | 361.59 |
| SS | | 151.56 | 1,546.07 |
| **Taxes** | | **303.36** | **3,125.66** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) Loan | 19.89 | 198.90 |
| 401(k) Loan #2 | 52.09 | 208.36 |
| ANTHEM Dental | 30.46 | 304.60 |
| ANTHEM Medical | 48.02 | 480.20 |
| ANTHEM Vision | 6.79 | 67.90 |
| ROTH 401K | 40.00 | 400.00 |
| Shoes Reimbursement | | -50.00 |
| **Deductions** | **197.25** | **1,609.96** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***6521 | 2,029.24 |
| **Total Direct Deposits** | | | **2,029.24** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTO | 43.43 | 112.00 |

Wallner Expac | 1274 S Slater Cir  Ontario, CA 91761 | (909) 481-8800 | FEIN: 95-3087012 | CA: 193-5358-0

**Wallner Expac**
1274 S Slater Cir
Ontario, CA 91761

**paylocity**
Direct Deposit Advice

**Check Date** May 30, 2024

**Voucher Number** 139770

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***6521 | 2,049.54 |
| **Total Direct Deposits** | | | **2,049.54** |

N1735   530C   511  139770  47473     **N1735**

**Ryan Bega**
5535 Apple Orchard Lane
Riverside, CA  92506

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Wallner Expac

**Ryan Bega**                                                                                                          **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **511** | Fed Taxable Income | **2,469.57** | Check Date **May 30, 2024**   Voucher Number **139770** |
| Location | **530C** | Fed Filing Status | **M-8+ $20** | Period Beginning **May 12, 2024**   Net Pay **2,049.54** |
| Hourly | **$31.25** | State Filing Status | **M-8+ $20** | Period Ending **May 25, 2024**   Total Hours Worked **81.13** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 500.00 |
| OVERTIM | 46.88 | 1.25 | 58.59 | 1,076.24 |
| PTO | | | | 2,000.00 |
| REGULAR | 31.25 | 79.88 | 2,496.25 | 24,768.14 |
| **Gross Earnings** | | **81.13** | **2,554.84** | **28,344.38** |

| Taxes | Filing Status | Amount | YTD |
|---|---|---|---|
| CA | M-8+ $20 | 20.00 | 220.00 |
| CASDI-E | | 27.17 | 301.48 |
| FITW | M-8+ $20 | 71.96 | 815.65 |
| MED | | 35.81 | 397.40 |
| SS | | 153.11 | 1,699.18 |
| **Taxes** | | **308.05** | **3,433.71** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) Loan | 19.89 | 218.79 |
| 401(k) Loan #2 | 52.09 | 260.45 |
| ANTHEM Dental | 30.46 | 335.06 |
| ANTHEM Medical | 48.02 | 528.22 |
| ANTHEM Vision | 6.79 | 74.69 |
| ROTH 401K | 40.00 | 440.00 |
| Shoes Reimbursement | | -50.00 |
| **Deductions** | **197.25** | **1,807.21** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***6521 | 2,049.54 |
| **Total Direct Deposits** | | | **2,049.54** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTO | 49.58 | 112.00 |

Wallner Expac | 1274 S Slater Cir  Ontario, CA 91761 | (909) 481-8800 | FEIN: 95-3087012 | CA: 193-5358-0