**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Respondent

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br>Debtors. | **Case No: 6:24-bk-13099-WJ**<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date:   October 28, 2024<br>Time:  1:00 pm<br>Crtrm: 304 |

ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:

The Status Conference that was previously scheduled for June 26, 2024 at 2:30 p.m. has been continued to October 28, 2024 at 1:00 p.m. The Confirmation Hearing that was previously scheduled for July 17, 2024 at 2:00 p.m. has been continued to October 28, 2024 at 1:00 p.m.

Further information about this continuance and other applicable procedures can be found in the Scheduling Order filed by the Court on June 6, 2024 as docket #19.

Date: June 13, 2024

NEXUS BANKRUPTCY

_____
BENJAMIN HESTON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/13/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/13/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/13/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

```
ALTURA CREDIT UNION                 Capital One Auto Finance, a division of Capi    CAPITAL ONE
2847 Campus Pkwy                    4515 N Santa Fe Ave. Dept. APS                  PO Box 31293
Riverside, CA 92507-0906            Oklahoma City, OK 73118-7901                    Salt Lake City, UT 84131-0293


CAPITAL ONE / KOHLS                 BANK OF AMERICA                                 CITIBANK
PO Box 3115                         PO Box 982238                                   PO Box 6190
Milwaukee, WI 53201-3115            El Paso, TX 79998-2238                          Sioux Falls, SD 57117-6190


COMENITY BANK                       CAPITAL ONE AUTO FINANCE                        Internal Revenue Service
PO Box 182789                       PO Box 259407                                   Centralized Insolvency Operation
Columbus, OH 43218-2789             Plano, TX 75025-9407                            PO Box 7346
                                                                                    Philadelphia, PA 19101-7346


PORTFOLIO RECOVERY ASSOCIATES LLC PO    Capital One N.A.                            Riverside Community Hospital
BOX 41067                               by AIS InfoSource LP as agent               Resurgent Capital Services
NORFOLK VA 23541-1067                   PO Box 71083                                PO Box 1927
                                        Charlotte, NC  28272-1083                   Greenville, SC 29602-1927


                                        Pinnacle Credit Services, LLC
                                        Resurgent Capital Services
                                        PO Box 10587
                                        Greenville, SC 29603-0587
```