**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:24-bk-13099-WJ |
| **SEVINA DANIELLE BEGA, and** | Chapter 13 |
| **RYAN WILLIAM BEGA,** | **RENTAL PAYMENT HISTORY DECLARATION** |
| Debtors. | **Section 341(a) Hearing:** Date: June 26, 2024 Time: 11:00 AM Location: Remote video conference |
| | **Confirmation Hearing:** Date: October 28, 2024 Time: 1:00 PM Courtroom: 304 Location: 3420 Twelfth Street Riverside, CA 92501 |

## DECLARATION OF SEVINA DANIELLE BEGA

I, Sevina Danielle Bega, declare as follows:

I am one of the Debtors in this Chapter 13 bankruptcy. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

My husband and I lease the property located at 5535 Apple Orchard Ln., Riverside, CA 92506. We have made all of our rent payments timely and were not in arrears when we filed our bankruptcy case. Attached to this declaration are true and correct copies of proof of all rent payments made during the last six months.

In 2023, our total income from all sources was $114,748.

1

In 2024, our income from all sources is $55,723 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 19, 2024

_____
Sevina Danielle Bega

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# BANK OF AMERICA

## Adv Plus Banking - 6521 : Account Activity

Transaction details

| | |
|---|---|
| Posting date | Jan 3, 2024 |
| Description | Check |
| Type | Check |
| Status | Cleared |
| Check # | 130 |
| Amount | -$2,745.00 |
| Description | Check |
| Merchant name | Check |
| Transaction category | Cash, Checks & Misc: Checks |




# BANK OF AMERICA

## Adv Plus Banking - 6521 : Account Activity

## Transaction details

| | |
|---|---|
| Posting date | Feb 2, 2024 |
| Description | Check |
| Type | Check |
| Status | Cleared |
| Check # | 132 |
| Amount | -$2,495.00 |
| Description | Check |
| Merchant name | Check |
| Transaction category | Cash, Checks & Misc: Checks |





# BANK OF AMERICA

## Adv Plus Banking - 6521 : Account Activity

Transaction details

| | |
|---|---|
| Posting date | Mar 4, 2024 |
| Description | Check |
| Type | Check |
| Status | Cleared |
| Check # | 134 |
| Amount | -$2,745.00 |
| Description | Check |
| Merchant name | Check |
| Transaction category | Cash, Checks & Misc: Checks |



# BANK OF AMERICA

## Adv Plus Banking - 6521 : Account Activity

Transaction details

| | |
|---|---|
| Posting date | Apr 4, 2024 |
| Description | Check |
| Type | Check |
| Status | Cleared |
| Check # | 136 |
| Amount | -$2,745.00 |
| Description | Check |
| Merchant name | Check |
| Transaction category | Cash, Checks & Misc: Checks |



# BANK OF AMERICA

## Adv Plus Banking - 6521 : Account Activity

Transaction details

| | |
|---|---|
| Posting date | May 3, 2024 |
| Description | Check |
| Type | Check |
| Status | Cleared |
| Check # | 139 |
| Amount | -$2,745.00 |
| Description | Check |
| Merchant name | Check |
| Transaction category | Cash, Checks & Misc: Checks |





# BANK OF AMERICA

## Adv Plus Banking - 6521 : Account Activity

## Transaction details

| | |
|---|---|
| Posting date | Jun 3, 2024 |
| Description | Citrus Realty-a1 DES:WEB PMTS ID:GFK15B INDN:Sevina Bega CO ID:XXXXX88129 WEB |
| Type | Other Payment |
| Status | Cleared |
| Amount | -$2,745.00 |
| Description | Citrus Realty-a1 DES:WEB PMTS ID:GFK15B INDN:Sevina Bega CO ID:XXXXX88129 WEB |
| Merchant name | CITRUS REALTY-A1 |
| Transaction category | Home & Utilities: Rent |