# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Wednesday, July 17, 2024** | **Hearing Room 304** |

**2:00 PM**

**6:24-13099    Sevina Danielle Bega and Ryan William Bega                    Chapter 13**

#25.00    Confirmation of Chapter 13 Plan

                              Docket    1
*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 6-6-24;
CONT'D TO 10-28-24 AT 1:00 P.M.

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

Sevina Danielle Bega                    Represented By
                                         Benjamin Heston

**Joint Debtor(s):**

Ryan William Bega                       Represented By
                                         Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                      Pro Se