United States Bankruptcy Court

Central District of California

In re:  Case No. 24-13099-WJ
Sevina Danielle Bega  Chapter 13
Ryan William Bega
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 1
Date Rcvd: Aug 14, 2024　　　　　　　　　　Form ID: pdf042　　　　　　　　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Sevina Danielle Bega, Ryan William Bega, 5535 Apple Orchard Ln, Riverside, CA 92506-3338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Sevina Danielle Bega bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Ryan William Bega bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**FILED & ENTERED**

**AUG 14 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:24-bk-13099-WJ |
| SEVINA DANIELLE BEGA and RYAN WILLIAM BEGA, | CHAPTER 13 |
| Debtors. | **SCHEDULING ORDER** |

- 1 -

The confirmation hearing and a status conference are currently set for October 28, 2024 at 1:00 p.m.  However, an unexpected scheduling conflict has arisen with the Court that requires a short continuance.  Accordingly, the Court hereby orders:

1. The confirmation hearing and status conference are hereby continued from October 28, 2024 at 1:00 p.m. to October 31, 2024 at 11:15 a.m.  No later than August 19, 2024, the debtors shall file and serve a notice of continuance.

IT IS SO ORDERED.

Date: August 14, 2024

Wayne Johnson
United States Bankruptcy Judge