**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br>Debtors. | Case No: **6:24-bk-13099-WJ**<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date: October 31, 2024<br>Time: 11:15 AM<br>Courtroom: 304 |

**ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:**

The Confirmation Hearing and Status Conference have been continued from October 28, 2024 at 1:00 p.m. to October 31, 2024 at 11:15 a.m.

Further information about this continuance and other applicable procedures can be found in the Scheduling Order filed by the Court on August 14, 2024 as docket #26.

Date: August 19, 2024

**NEXUS BANKRUPTCY**

_____
BENJAMIN HESTON,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/19/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/19/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/19/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Capital One Auto Finance, a division of
Capi 4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Altura Credit Union
2847 Campus Pkwy
Riverside, CA 92507-0906

Bank Of America
PO Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One / Kohls
PO Box 3115
Milwaukee, WI 53201-3115

Capital One Auto Finance
PO Box 259407
Plano, TX 75025-9407

Citibank
PO Box 6190
Sioux Falls, SD 57117-6190

Comenity Bank
PO Box 182789
Columbus, OH 43218-2789

Capital One Auto Finance
P.O. Box 4360
Houston, TX 77210-4360

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Riverside Community Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927