**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:24-bk-13099-WJ |
| **SEVINA DANIELLE BEGA, and** | Chapter 13 |
| **RYAN WILLIAM BEGA,** | **RENTAL PAYMENT HISTORY DECLARATION** |
| Debtors. | Section 341(a) Hearing:<br>Date:  June 26, 2024<br>Time:  11:00 AM<br>Location:  Remote video conference |
| | Confirmation Hearing:<br>Date:  October 31, 2024<br>Time:  11:15 AM<br>Courtroom:  304<br>Location:  3420 Twelfth Street<br>          Riverside, CA 92501 |

### DECLARATION OF SEVINA DANIELLE BEGA

I, Sevina Danielle Bega, declare as follows:

I am one of the Debtors in this Chapter 13 bankruptcy. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

My husband and I lease the property located at 5535 Apple Orchard Ln., Riverside, CA 92506. We have made all of our rent payments timely and were not in arrears when we filed our bankruptcy case. Attached to this declaration are true and correct copies of proof of all rent payments made during the last six months.

In 2023, our total income from all sources was $114,748.

1

In 2024, our income from all sources is $90,646 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: October 2, 2024

_____
SEVINA DANIELLE BEGA

# ATTACHMENT



# Adv Plus Banking - 6521 : Account Activity

## Transaction details

Posting date

Jun 3, 2024

Description

Citrus Realty-a1 DES:WEB PMTS ID:GFK15B INDN:Sevina Bega CO ID:XXXXX88129 WEB

Type

Other Payment

Status

Cleared

Amount

-$2,745.00

Description

Citrus Realty-a1 DES:WEB PMTS ID:GFK15B INDN:Sevina Bega CO ID:XXXXX88129 WEB

Merchant name

CITRUS REALTY-A1

Transaction category

Home & Utilities: Rent



# Adv Plus Banking - 6521 : Account Activity

## Transaction details

**Posting date**  
Jul 5, 2024

**Description**  
Citrus Realty-a1 DES:WEB PMTS ID:521JBB INDN:Sevina Bega CO ID:XXXXX88129 WEB

**Type**  
Other Payment

**Status**  
Cleared

**Amount**  
-$2,665.00

**Description**  
Citrus Realty-a1 DES:WEB PMTS ID:521JBB INDN:Sevina Bega CO ID:XXXXX88129 WEB

**Merchant name**  
CITRUS REALTY-A1

**Transaction category**  
Home & Utilities: Rent



# Adv Plus Banking - 6521 : Account Activity

## Transaction details

**Posting date**  
Aug 2, 2024

**Description**  
BEST REALTY PROP DES:VENDOR PAY ID:951-788-8250 INDN:BEGA SEVINA CO ID:XXXXX63633 WEB

**Type**  
Other Payment

**Status**  
Cleared

**Amount**  
-$2,749.00

**Description**  
BEST REALTY PROP DES:VENDOR PAY ID:951-788-8250 INDN:BEGA SEVINA CO ID:XXXXX63633 WEB

**Merchant name**  
BEST REALTY PROP

**Transaction category**  
Business Expenses: Business Miscellaneous


# BANK OF AMERICA

## Adv Plus Banking - 6521 : Account Activity

Transaction details

Posting date

Sep 6, 2024

Description

BEST REALTY PROP DES:FUNDING ID:951-788-8250 INDN:BEGA SEVINA CO ID:XXXXX63633 WEB

Type

Other Payment

Status

Cleared

Amount

-$2,749.00

Description

BEST REALTY PROP DES:FUNDING ID:951-788-8250 INDN:BEGA SEVINA CO ID:XXXXX63633 WEB

Merchant name

BEST REALTY PROP

Transaction category

Uncategorized: Uncategorized



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **RENTAL PAYMENT HISTORY DECLARATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/2/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/2/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/2/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**