**Rod Danielson, Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>**SEVINA DANIELLE BEGA**<br>**RYAN WILLIAM BEGA**<br><br>Debtor(s). | Case No.: 6:24-bk-13099-WJ<br><br>Chapter 13<br><br>CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION<br><br><u>Confirmation Hearing</u><br>Date: October 31, 2024<br>Time: 11:15 am<br>Courtroom: 304 |

The Chapter 13 Trustee recommends confirmation per the proposed terms set forth on the attached confirmation worksheet. Debtor(s) must file a response to this statement by the deadline set forth in the Court's Scheduling Order.

Dated: 10/03/2024

/s/ Rod Danielson
Signature

FG: 255 - 10/03/2024 - BK

# Chapter 13 Confirmation Worksheet

Name of Debtor(s):    **SEVINA DANIELLE BEGA**                Case #: **6:24-bk-13099-WJ**   Calendar #:
**RYAN WILLIAM BEGA**

Date of Filing of Plan: **08/31/2024**             Docket Number: **32**

Is this confirmed plan (circle one):        an original plan            (an amended plan)

Plan Term:

    Starting **07/01/2024** the monthly plan payment is **$974.00**
    Starting **09/01/2024** the monthly plan payment is **$1,081.00**
    Starting **10/01/2024** the monthly plan payment is **$1,262.00**
    Starting **11/01/2024** the monthly plan payment is **$1,274.00**

Monthly due date: **1st**

Number of Months: **60**

Percentage to General Unsecured Creditors: **100%**

Plan Base: **$75,653**

Attorney fees:

    Total amount awarded: **$5000**
    Amount of Fees Already Paid to Counsel: **$1200**
    Refund to Trustee:
    Remaining amount of Fees to Be Paid from Estate: **$3800** at a rate no more than **$380** per month.

Interlineations:

1.       The Trustee shall pay the priority claim of the **IRS** in the amount of **$12,589.26** at a rate no less than **$226.21** per month for **60** months with interest at the rate of **3**% per annum.

2.       The Trustee shall pay the priority claim of the **FTB** in the amount of **$412.68** at a rate no less than **$15.28** per month for **27** months.

## Direct Payments/Conduit Payments

Does the plan contemplate that the debtor(s) will be responsible for making any payments directly to creditors?    (Yes)        No

If so, for any and all direct payments, complete the following:

| Name of Creditor: | Monthly Payment | Collateral: | Lien Priority (1st or 2nd or other) |
|---|---|---|---|
| **Capital One Auto Finance** | **$638.04** | **2021 Toyota Venza** | |

Will any assets be abandoned:    (Yes)        No

If so, what assets:  **2020 Toyota Rav4**

FG: 255 - 10/03/2024 - BK

| In re: **SEVINA DANIELLE BEGA** <br> **RYAN WILLIAM BEGA** <br> Debtor(s) | Chapter: 13 <br> Case Number: **6:24-bk-13099-WJ** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/03/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached pag

2. **SERVED BY UNITED STATES MAIL:**
On **10/3/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor | |
|---|---|---|
| SEVINA DANIELLE BEGA <br> RYAN WILLIAM BEGA <br> 5535 APPLE ORCHARD LN <br> RIVERSIDE, CA  92506-3338 | NEXUS BANKRUPTCY <br> 3090 BRISTOL ST #400 <br> COSTA MESA, CA  92626 | HONORABLE WAYNE E. JOHNSON <br> 3420 TWELFTH ST, SUITE 384 <br> RIVERSIDE, CA 92501-3819 |

☐ Service Information continued on attached pa

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached pa

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 10/3/2024 | /s/ Susan Jones |
|---|---|
| Date | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012                                                                                                    F 9013-3.1.PROOF.SERVICE
FG: 255 - 10/03/2024 - BK