# United States Bankruptcy Court
## Central District of California
### Riverside
#### Wayne Johnson, Presiding
#### Courtroom 304 Calendar

**Thursday, October 31, 2024**                                    **Hearing Room    304**

<u>11:15 AM</u>
**6:24-13099    Sevina Danielle Bega and Ryan William Bega**                    **Chapter 13**

#30.00    Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 6-26-24

Docket        1

**Matter Notes:**

PRESENT: B. KELLY

Counsel for the Debtor(s): B. HESTON

( )    The status conference is concluded.

( )    The status conference is continued to _____.
Counsel for the debtors shall appear at the next status conference but the debtors are
not required to appear.

(X)    The status conference is continued to 1/13/25 AT 10:00 AM.
Debtors are ordered to appear at the next status conference.

( )    Off calendar

( )    _____

_____

_____

**Tentative Ruling:**

      This hearing will occur by video using Zoom (not CourtCall).  Hybrid hearings
are not occurring in courtroom 304 at this time.  Therefore, even though Judge
Johnson's courtroom is open for in-person hearings on all other matters, this hearing

**United States Bankruptcy Court**
**Central District of California**
Riverside
**Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

---

**Thursday, October 31, 2024**                                          **Hearing Room    304**

---

**11:15 AM**
**CONT...      Sevina Danielle Bega and Ryan William Bega**                      **Chapter 13**

today will occur by Zoom only.  No appearances will be possible in the courtroom for
this matter.  All parties should attend the hearing today by video using the following
information:

    Meeting URL: https://cacb.zoomgov.com/j/1605198146
    Meeting ID:    160 519 8146
    Password:      524545

    Based on the agreement of the parties, the Court intends to enter an order
confirming the chapter 13 plan proposed in this case using the agreed terms.  Counsel
must appear at the confirmation hearing to approve the terms of confirmation and the
confirmation order but debtors need not appear.  Likewise, the debtors need not
appear for the status conference (but counsel should appear).  Instead, the status
conference will be continued and conducted with the debtors on another date (most
likely by video).  Appearances by special counsel (for debtors) are permissible today
for both the confirmation hearing and the status conference.  Whoever appears for the
debtors must review the proposed terms of the confirmation order prior to the hearing
and be prepared to approve the form of the confirmation order at the hearing.

---

| Party Information |
|---|

**Debtor(s):**

    Sevina Danielle Bega                    Represented By
                                              Benjamin  Heston

**Joint Debtor(s):**

    Ryan William Bega                       Represented By
                                              Benjamin  Heston

**Trustee(s):**

    Rod  Danielson (TR)                     Pro Se

---