# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**  
Sevina Danielle Bega  
**SSN:** xxx–xx–0588  
**EIN:** N/A  
Ryan William Bega  
**SSN:** xxx–xx–8794  

5535 Apple Orchard Ln  
Riverside, CA 92506–3338  

**BANKRUPTCY NO.**  6:24–bk–13099–WJ  
**CHAPTER**  13  

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: November 4, 2024

For The Court,

**Kathleen J. Campbell**  
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**43 / AUTU**