United States Bankruptcy Court
Central District of California

In re:  Case No. 24-13099-WJ
Sevina Danielle Bega  Chapter 13
Ryan William Bega
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 3
Date Rcvd: Nov 04, 2024  Form ID: ntc13pln  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Sevina Danielle Bega, Ryan William Bega, 5535 Apple Orchard Ln, Riverside, CA 92506-3338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 05 2024 00:42:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 05 2024 00:42:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2024 00:49:03 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41997621 | | Email/Text: bknotifications@alturacu.com | Nov 05 2024 00:42:00 | ALTURA CREDIT UNION, 2847 Campus Pkwy, Riverside, CA 92507-0906 |
| 41997622 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 05 2024 00:40:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 42083004 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 05 2024 00:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 41997623 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2024 00:49:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41997624 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2024 00:40:00 | CAPITAL ONE / KOHLS, PO Box 3115, Milwaukee, WI 53201-3115 |
| 41997625 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 05 2024 00:49:52 | CAPITAL ONE AUTO FINANCE, PO Box 259407, Plano, TX 75025-9407 |
| 41997626 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2024 00:48:36 | CITIBANK, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 41997627 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2024 00:41:00 | COMENITY BANK, PO Box 182789, Columbus, OH 43218-2789 |
| 42044111 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2024 01:00:16 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 42007987 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2024 01:00:13 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42049720 | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 05 2024 00:42:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41997628 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2024 00:41:00 | Internal Revenue Service, Centralized Insolvency |

Case 6:24-bk-13099-WJ    Doc 45    Filed 11/06/24    Entered 11/06/24 21:34:09    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2024 | Form ID: ntc13pln | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42079839 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 05 2024 00:48:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42013042 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Nov 05 2024 00:49:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 42080326 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 05 2024 00:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 41997629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 05 2024 00:48:28 | PORTFOLIO RECOVERY ASSOCIATES, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 42052272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 05 2024 00:49:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 42003103 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 05 2024 00:49:04 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42054424 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 05 2024 00:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 42008514 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 05 2024 00:49:10 | Riverside Community Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | |
| | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | |
| | on behalf of Debtor Sevina Danielle Bega bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | |
| | on behalf of Joint Debtor Ryan William Bega bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | |

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Nov 04, 2024 | Form ID: ntc13pln | Total Noticed: 24

notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Sevina Danielle Bega
**SSN:** xxx−xx−0588
**EIN:** N/A
Ryan William Bega
**SSN:** xxx−xx−8794

5535 Apple Orchard Ln
Riverside, CA 92506−3338

**BANKRUPTCY NO.** 6:24−bk−13099−WJ
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: November 4, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**43 / AUTU**