# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T
## CENTRAL DISTRICT OF CALIFORNIA

---

## NOTICE OF INTENT TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS
FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  SEVINA DANIELLE BEGA
        RYAN WILLIAM BEGA
        5535 APPLE ORCHARD LN
        RIVERSIDE, CA 92506-3338

IN THE MATTER OF:
SEVINA DANIELLE BEGA
5535 APPLE ORCHARD LN
RIVERSIDE, CA  92506-3338

DATE: 12/11/2024
Case No. 6:24-bk-13099-WJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
| 19 | BANK OF AMERICA NA | $3,163.00 | $3,163.08 | 8806 | UNSECURED | 1 |
| 18 | BANK OF AMERICA NA | $9,180.00 | $9,180.79 | 4520 | UNSECURED | 2 |
| 03 | CAPITAL ONE NA | $4,973.00 | $4,973.96 | 6646 | UNSECURED | 3 |
| 02 | CAPITAL ONE NA | $3,612.00 | $3,612.52 | 9750 | UNSECURED | 4 |
|  | CAPITAL ONE / KOHLS | $542.00 | NOT FILED | 9305 | UNSECURED | 5 |
|  | CAPITAL ONE / KOHLS | $3,097.00 | NOT FILED | 9305 | UNSECURED | 6 |
|  | CITIBANK | $8,161.00 | NOT FILED | 0039 | UNSECURED | 7 |
|  | COMENITY BANK | $7,000.00 | NOT FILED |  | UNSECURED | 8 |
|  | INTERNAL REVENUE SER | $437.00 | NOT FILED |  | UNSECURED | 9 |
|  | PORTFOLIO RECOVERY A | $720.00 | NOT FILED | 4410 | UNSECURED | 10 |
|  | ALTURA CREDIT UNION | SURRENDERED | SURRENDERED | 3449 | SECURED | 11 |
| 07 | CAPITAL ONE AUTO FIN | PAID OUTSIDE | PAID OUTSIDE | 6002 | SECURED | 12 |
| 04 | INTERNAL REVENUE SER | $13,677.00 | $12,589.26 | 0588 | PRIORITY | 13 |
|  | NEXUS BANKRUPTCY * | NOT SCHEDULED | $3,800.00 |  | ATTORNEY FEE - WJ | 14 |
| 01 | PINNACLE CREDIT SERV | NOT SCHEDULED | $343.62 | 0001 | UNSECURED | 15 |
| 05 | RIVERSIDE COMMUNITY | NOT SCHEDULED | $200.00 | 6817 | UNSECURED | 16 |
| 06 | MERRICK BANK | NOT SCHEDULED | $3,638.81 | 6190 | UNSECURED | 17 |
| 08 | FRANCHISE TAX BOARD | NOT SCHEDULED | $412.68 | 88/8794 | PRIORITY | 18 |
| 09 | PORTFOLIO RECOVERY A | NOT SCHEDULED | $678.92 | 0768 | UNSECURED | 19 |
| 10 | QUANTUM3 GROUP LLC | NOT SCHEDULED | $611.39 | 0035 | UNSECURED | 20 |
| 11 | LVNV FUNDING LLC | NOT SCHEDULED | $761.55 | 3760 | UNSECURED | 21 |
| 12 | LVNV FUNDING LLC | NOT SCHEDULED | $972.86 | 9380 | UNSECURED | 22 |
| 13 | LVNV FUNDING LLC | NOT SCHEDULED | $1,334.89 | 7326 | UNSECURED | 23 |
| 14 | LVNV FUNDING LLC | NOT SCHEDULED | $3,919.48 | 3980 | UNSECURED | 24 |
| 15 | LVNV FUNDING LLC | NOT SCHEDULED | $9,870.57 | 1472 | UNSECURED | 25 |
| 16 | MIDLAND CREDIT MANAG | NOT SCHEDULED | $565.12 | 0895 | UNSECURED | 26 |
| 17 | MIDLAND CREDIT MANAG | NOT SCHEDULED | $4,744.23 | 4098 | UNSECURED | 27 |
| 04 | INTERNAL REVENUE SER | NOT SCHEDULED | $1,513.71 | 0588 | UNSECURED | 10013 |
| 08 | FRANCHISE TAX BOARD | NOT SCHEDULED | $176.14 | 88/8794 | UNSECURED | 10018 |
|  | TOTAL: | $54,562.00 | $67,063.58 |  |  |  |

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE YOU DO NOT
OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE
TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE
CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL
CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

---

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:24-bk-13099-WJ**

Dated:   12/11/2024                                    /s/ Rod Danielson
                                                       Signature

## NOTICE OF INTENT TO PAY CLAIMS - Continued

### 6:24-bk-13099-WJ

---

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

| LUIS CARRILLO | /s/ LUIS CARRILLO |
|---|---|
| Type or Print Name | Signature |

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

SEVINA DANIELLE BEGA
5535 APPLE ORCHARD LN
RIVERSIDE, CA  92506-3338

NEXUS BANKRUPTCY
3090 BRISTOL ST #400
COSTA MESA, CA  92626

Executed on 12/11/2024 at Riverside, California.

| LUIS CARRILLO | /s/ LUIS CARRILLO |
|---|---|
| Type or Print Name | Signature |