# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, January 13, 2025**             **Hearing Room**    **304**

**10:00 AM**
**6:24-13099**    Sevina Danielle Bega and Ryan William Bega          **Chapter 13**

    **#11.00**    Hrg re status conference regarding confirmation of the chapter 13 plan

          FROM: 6-26-24, 10-31-24

                         Docket      1

**Matter Notes:**

    PRESENT: _R. BEGA / R. BEGA_

    Counsel for the Debtor(s): _B. HESTON_

    (X)    The status conference is concluded.

    ( )    The status conference is continued to _____.
Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

    ( )    The status conference is continued to _____.
Debtors are ordered to appear at the next status conference.

    ( )    Off calendar

    ( )    _____

**Tentative Ruling:**

      Appearances for this hearing shall occur by video (only) using the information set forth in the scheduling order previously entered by the Court in this case on November 4, 2024 as docket #44.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, January 13, 2025**　　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room**　　**304**

### 10:00 AM
**CONT...    Sevina Danielle Bega and Ryan William Bega**　　　　　　　　　　　　　　　　**Chapter 13**

**Party Information**

**Debtor(s):**

Sevina Danielle Bega　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Joint Debtor(s):**

Ryan William Bega　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)　　　　　　　　　　　　　Pro Se