**Rod Danielson, Chapter 13 Standing Trustee**
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:24-bk-13099-RB  AS OF 3/31/2025

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 02/28/25 | $1,274.00 | 03/2025 | $0.00 |
| 01/31/25 | $1,274.00 | 02/2025 | $1,274.00 |
| 01/06/25 | $1,274.00 | 01/2025 | $2,548.00 |
| 12/02/24 | $1,274.00 | 12/2024 | $1,274.00 |
| 10/25/24 | $1,274.00 | 11/2024 | $0.00 |
| 09/27/24 | $1,262.00 | 10/2024 | $1,274.00 |
| 08/26/24 | $1,081.00 | 09/2024 | $1,262.00 |
| 07/26/24 | $974.00 | 08/2024 | $1,081.00 |
| 06/24/24 | $974.00 | 07/2024 | $974.00 |
| | | 06/2024 | $974.00 |
| | | 05/2024 | $0.00 |
| | | 04/2024 | $0.00 |

SEVINA DANIELLE BEGA
RYAN WILLIAM BEGA
5535 APPLE ORCHARD LN
RIVERSIDE, CA  92506-3338

**CURRENT CASE DISPOSITION: ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: 05/31/2024 | MONTHLY PLAN PMT AMT: $1,274.00 | FEES PAID TO ATTY: | $0.00 |
| 1ST MEETING DATE: 06/26/2024 | GROSS RECEIPTS: $10,661.00 | FEES PAID TO TRUSTEE: | $1,066.10 |
| CONFIRMATION DATE: 10/31/2024 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTORS: | $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $9,594.90 | BALANCE ON HAND: | $0.00 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | BANK OF AMERICA NA | UNSECURED | 0.00 | $3,163.00 | $3,163.08 | $0.00 | $0.00 | $3,163.08 |
| 0002 | BANK OF AMERICA NA | UNSECURED | 0.00 | $9,180.00 | $9,180.79 | $0.00 | $0.00 | $9,180.79 |
| 0003 | CAPITAL ONE NA | UNSECURED | 0.00 | $4,973.00 | $4,973.96 | $0.00 | $0.00 | $4,973.96 |
| 0004 | CAPITAL ONE NA | UNSECURED | 0.00 | $3,612.00 | $3,612.52 | $0.00 | $0.00 | $3,612.52 |
| 0005 | CAPITAL ONE / KOHLS | UNSECURED | 0.00 | $542.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | CAPITAL ONE / KOHLS | UNSECURED | 0.00 | $3,097.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | CITIBANK | UNSECURED | 0.00 | $8,161.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | COMENITY BANK | UNSECURED | 0.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $437.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $720.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | ALTURA CREDIT UNION | SECURED | 0.00 | $33,767.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | CAPITAL ONE AUTO FINANCE | SECURED | 0.00 | $26,782.00 | $24,710.52 | $0.00 | $0.00 | $0.00 |
| 0013 | INTERNAL REVENUE SERVICE | PRIORITY | 3.00 | $13,677.00 | $12,589.26 | $5,275.26 | $279.89 | $7,314.00 |
| 0014 | NEXUS BANKRUPTCY * | ATTORNEY FEE - WJ | 0.00 | $0.00 | $3,800.00 | $3,800.00 | $0.00 | $0.00 |
| 0015 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 0.00 | $0.00 | $343.62 | $0.00 | $0.00 | $343.62 |
| 0016 | RIVERSIDE COMMUNITY HOSPITAL | UNSECURED | 0.00 | $0.00 | $200.00 | $0.00 | $0.00 | $200.00 |
| 0017 | MERRICK BANK | UNSECURED | 0.00 | $0.00 | $3,638.81 | $0.00 | $0.00 | $3,638.81 |
| 0018 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $0.00 | $412.68 | $239.75 | $0.00 | $172.93 |
| 0019 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $678.92 | $0.00 | $0.00 | $678.92 |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $0.00 | $611.39 | $0.00 | $0.00 | $611.39 |
| 0021 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $761.55 | $0.00 | $0.00 | $761.55 |
| 0022 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $972.86 | $0.00 | $0.00 | $972.86 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $1,334.89 | $0.00 | $0.00 | $1,334.89 |
| 0024 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $3,919.48 | $0.00 | $0.00 | $3,919.48 |
| 0025 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $9,870.57 | $0.00 | $0.00 | $9,870.57 |
| 0026 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $0.00 | $565.12 | $0.00 | $0.00 | $565.12 |
| 0027 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $0.00 | $4,744.23 | $0.00 | $0.00 | $4,744.23 |
| 10013 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $1,513.71 | $0.00 | $0.00 | $1,513.71 |
| 10018 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $176.14 | $0.00 | $0.00 | $176.14 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$57,748.57** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.