**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:24-bk-13099-RB |
| SEVINA DANIELLE BEGA, and | Chapter 13 |
| RYAN WILLIAM BEGA, | **NOTICE OF WITHDRAWAL OF: NOTICE OF HEARING AND OBJECTION TO CLAIM OF LVNV FUNDING, LLC (Claims 11, 12, 13, 14, and 15)** |
| Debtors. | |

PLEASE TAKE NOTICE that Debtors SEVINA DANIELLE BEGA and RYAN WILLIAM BEGA, by and through their undersigned counsel, hereby withdraw in its entirety the Objection to Claims of LVNV Funding, LLC (Claims 11, 12, 13, 14, and 15) filed on May 2, 2025, as Docket No. 52.

Nexus Bankruptcy

Date: May 5, 2025

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

1