**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br>      Debtors. | **Case No: 6:24-bk-13099-RB**<br><br>**Chapter 13**<br><br>**NOTICE OF HEARING AND OBJECTION TO CLAIM OF LVNV FUNDING, LLC (Claims 11, 12, 13, 14, and 15)**<br><br>**Hearing:**<br>Date: June 18, 2025<br>Time: 2:00 PM<br>Courtroom:  303 |

    **TO: LVNV FUNDING, LLC, THE CHAPTER 13 TRUSTEE, AND OTHER**

**INTERESTED PARTIES:**

    NOTICE IS HEREBY GIVEN that a hearing on Debtors' Objection to the Claim of

LVNV FUNDING, LLC (hereinafter, "LVNV") has been set for June 18, 2025 at 2:00 PM in

Courtroom 303 of the above-captioned court.

    If you wish to oppose the objection, you must file your formal written response with the

Court and mail a copy to the attorney for the Debtor not less than 14 days prior to the date of the

hearing in accordance with local Bankruptcy Rule 9013-1(1)(g).  Papers not timely filed and

served may be deemed consent to the granting of the objection without further notice of hearing.

## STATEMENT OF FACTS

A copy of the claims filed by LVNV to which Debtors object are attached hereto as Exhibits A (#11), B (#12), C (#13), D (#14), and E (#15). As indicated on each of these claims, the last transaction on the account was more than four years prior to the bankruptcy being filed. Since LVNV never filed a lawsuit and more than four years elapsed from the date of the last transaction to the filing of this bankruptcy, these debts have been rendered unenforceable due to the running of the statute of limitations and the claims must be disallowed.

## MEMORANDUM OF POINTS AND AUTHORITIES

Section 502(b)(1) provides in relevant part:

**(b) …. if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that—**

> **(1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured;**

California Code of Civil Procedure § 337 provides for the time limit for commencement of actions: "**Within four years - An action upon any contract, obligation or liability founded upon an instrument in writing…**"

LBR 3007-1(a)(3)(A) permits the filing of a consolidated objection when multiple claims are filed by the same creditor. Because each of the claims filed by LVNV shares common deficiencies – that they are all based on debts that are time-barred – a single, unified objection is both appropriate and efficient. Consolidating the objections into one filing promotes judicial economy by avoiding repetitive arguments and ensures a clear and consistent presentation of the legal and factual issues that apply uniformly to all of LVNV's claims.

A claim that is barred by the applicable statute of limitations is unenforceable under non-bankruptcy law and must be disallowed pursuant to 11 U.S.C. § 502(b)(1). See *In re Hess*, 404 B.R. 747 (Bankr. S.D.N.Y. 2009); *In re Chaussee*, 399 B.R. 225 (B.A.P. 9th Cir. 2008). Because the Debtors' bankruptcy case was filed on May 31, 2024, any claim where the last transaction occurred prior to May 31, 2020 is time-barred, unenforceable under applicable law, and must be disallowed. As shown in the table below, each of LVNV's claims listed below are based on debts for which the last transaction date occurred more than four years prior to the petition date.

| Proof of Claim # | Last 4 digits of acct | Date of last transaction |
|---|---|---|
| 11 | 3760 | 11/12/2007 |
| 12 | 9380 | 12/17/2007 |
| 13 | 7326 | 11/24/2007 |
| 14 | 3980 | 11/10/2007 |
| 15 | 1472 | 12/24/2007 |

## CONCLUSION

For the reasons stated above, the claims filed by LVNV Funding LLC are unenforceable under applicable non-bankruptcy law due to the expiration of the statute of limitations. Pursuant to 11 U.S.C. § 502(b)(1), these claims must be disallowed in their entirety. The Debtors respectfully request that the Court sustain this objection and enter an order disallowing each of LVNV Funding LLC's claims identified herein.

Nexus Bankruptcy

Date: May 5, 2025

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

## DECLARATION OF SEVINA BEGA

I, Sevina Bega, declare as follows:

1. I am one of the Debtors in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I have reviewed the table of claims referenced in the preceding objection to the claims of LVNV. To the best of my knowledge, the information contained in that table, including the account numbers and dates of last transactions, is true and correct.

3. I have also reviewed the exhibits attached to this objection and they appear to be true and accurate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 24, 2025

SEVINA BEGA

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT A

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>SEVINA DANIELLE BEGA</td></tr>
<tr><td>Debtor 2<br/>(Spouse, if filing)</td><td>RYAN WILLIAM BEGA</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL      District of   CA<br/>(State)</td></tr>
<tr><td>Case number</td><td>24-13099</td></tr>
</table>

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | |
| --- | --- |
| 1. **Who is the current creditor?** | LVNV Funding, LLC<br/>Name of the current creditor (the person or entity to be paid for this claim)<br/><br/>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br/>☑ Yes. From whom?   Sherman Originator LLC |
| 3. **Where should notices and payments to the creditor be sent?**<br/><br/>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br/><br/>Resurgent Capital Services<br/>Name<br/>PO Box 10587<br/>Number     Street<br/>Greenville, SC    29603-0587<br/>City       State       ZIP Code<br/><br/>Contact phone   (877) 264-5884<br/>Contact email   askbk@resurgent.com<br/><br/>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br/>RSG-00248-348390416 | **Where should payments to the creditor be sent?** (if different)<br/><br/>Name<br/><br/>Number     Street<br/><br/>City       State       ZIP Code<br/><br/>Contact phone _____<br/>Contact email _____ |
| 4. **Does this claim amend one already filed?** | ☑ No<br/>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br/>                                                  MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br/>☐ Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __3760__ ____ ____ ____

**7. How much is the claim?**  $ __761.55__ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

__Retail__

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☒ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date    8/5/2024
                 MM / DD / YYYY

/s/ David Lamb
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | David Lamb | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Claims Processor | | |
| Company | Resurgent Capital Services | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 10587 | | |
| | Number          Street | | |
| | Greenville, SC    29603-0587 | | |
| | City | State | ZIP Code |
| Contact phone | (877) 264-5884 | Email | askbk@resurgent.com |



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

**Proof of Claim**

**Account Supplemental Data**

Bankruptcy Case Information

**Case Number:** 24-13099

**Chapter:** 13

**Petition Date:** 05/31/2024

**District:** CENTRAL DISTRICT OF CALIFORNIA

**Filer:** SEVINA DANIELLE BEGA

**Co-Filer:** RYAN WILLIAM BEGA

Creditor Information

**Current Creditor*:** LVNV Funding, LLC

**Original Creditor:** Citibank (South Dakota), N.A.

**Alternative Names (if any) for this creditor:** Sears Premier Card

**Creditor at time of last transaction:** Citibank (South Dakota), N.A.

Account Information

**Account Number (redacted):** 3760

**Amount due as of the date the bankruptcy case was filed**:** $761.55

**Amount due as of the date of the Proof of Claim**:** $761.55

**Principal Balance**:** $761.55

**Interest Balance**:** $0.00

**Fees Balance**:** $0.00

**Cost Balance**:** $0.00

**Charge Off Date:** 06/12/2008

**Last Payment Date:** 11/12/2007

**Last Transaction Date:** 11/06/2007

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.   (877) 264-5884

---

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

---

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services                     Phone Number:          (877) 264-5884
PO Box 10587                                   Email:         askbk@resurgent.com
Greenville, SC 29603-0587

RE:   SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:   24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024        .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501


Rod Danielson
3787 University Avenue
Riverside, CA 92501


BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063


    /s/ David Lamb
    Signature

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of December 29, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") Sherman Originator III LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business c/o Sherman Capital Markets LLC at 200 Meeting Street, Suite 206, Charleston, SC 29401

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated December 29, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility except as provided in the Agreement.

Citibank (South Dakota), N.A.                    Sherman Originator III LLC

By: _____                    By: _____
        (Signature)                                      (Signature)

Name: _____                    Name: _____
        SCOTT CHRISTENSEN, VP                            Jon C. Mazzoli
        GEID #0000180984
        Financial Control
Title: _____                    Title: _____
        CBSD MC 1162                                     Director
        (605) 331-1935

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated December 23, 2008 delivered by Citibank (South Dakota), N.A. on December 29, 2008 for purchase by SOLLC III on December 30, 2008. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title: Authorized Representative

**Exhibit A**

## Receivables File
12.30.08

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 109442 | 12306 | N/A |

2007015772    P/ATTY
2 PGS
Book:DE 2251    Page:1949-1950
February 16, 2007  09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

## Limited Power of Attorney

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding, LLC

By: _____

Name: _Kevin Branigan_

Title: _President_    FEB 1 6 2007

Resurgent Capital Services LP

By: _____

Name: _Michael A Keaton_

Title: _Senior Vice President_

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL FILED IN THIS OFFICE
by _____
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____
Name: Danette Stovall

Witnessed by: _Heather H. Silver_
Name: _____

STATE OF
COUNTY OF

On this, the __13th__ day of __February__, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of __South Carolina__ by the __Kevin Branigan__, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____My Commission Expires_____
                              February 1, 2015

STATE OF
COUNTY OF

On this, the __15__ day of __February__, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of __South Carolina__ by the __Michael A. Easton__, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires _____1-31-2016_____

        Michelle L. Church
        Notary Public
        South Carolina
        Commission Expires 1-31-2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772   Book: DE 2261   Page: 1949-1950
      February 16, 2007   09:00:57 AM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL    District of    CA (State) |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

LVNV Funding, LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes. From whom?    Sherman Originator LLC

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Resurgent Capital Services
Name

PO Box 10587
Number        Street

Greenville, SC    29603-0587
City                        State            ZIP Code

Contact phone    (877) 264-5884

Contact email    askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City                        State            ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-00248-348393590

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _9380_ ____ ____ ____ |

7. **How much is the claim?**   $_972.86_ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Credit Card_

9. **Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

                                                                  **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.   $_____

    * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     8/5/2024
                         MM / DD / YYYY

      /s/ David Lamb
        Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | David Lamb | | |
| | First name | Middle name | Last name |
| Title | Claims Processor | | |
| Company | Resurgent Capital Services | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 10587 | | |
| | Number      Street | | |
| | Greenville, SC    29603-0587 | | |
| | City | State | ZIP Code |
| Contact phone | (877) 264-5884 | Email | askbk@resurgent.com |



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

**Proof of Claim**

**Account Supplemental Data**

<u>Bankruptcy Case Information</u>

| | | | |
|---|---|---|---|
| **Case Number:** | 24-13099 | **District:** | CENTRAL DISTRICT OF CALIFORNIA |
| **Chapter:** | 13 | **Filer:** | SEVINA DANIELLE BEGA |
| **Petition Date:** | 05/31/2024 | **Co-Filer:** | RYAN WILLIAM BEGA |

<u>Creditor Information</u>

**Current Creditor\*:**  LVNV Funding, LLC

**Original Creditor:**  Citibank (South Dakota), N.A.

**Alternative Names (if any) for this creditor:**  Sears Gold Mastercard

**Creditor at time of last transaction:**  Citibank (South Dakota), N.A.

<u>Account Information</u>

**Account Number (redacted):**  9380

**Amount due as of the date the bankruptcy case was filed\*\*:**  $972.86

**Amount due as of the date of the Proof of Claim\*\*:**  $972.86

| | | | |
|---|---|---|---|
| **Principal Balance\*\*:** | $972.86 | **Charge Off Date:** | 07/27/2008 |
| **Interest Balance\*\*:** | $0.00 | **Last Payment Date:** | 11/12/2007 |
| **Fees Balance\*\*:** | $0.00 | **Last Transaction Date:** | 12/17/2007 |
| **Cost Balance\*\*:** | $0.00 | | |

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.    (877) 264-5884

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services            Phone Number:          (877) 264-5884
PO Box 10587                       Email:          askbk@resurgent.com
Greenville, SC 29603-0587

---

RE:  SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:  24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024    .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501

Rod Danielson
3787 University Avenue
Riverside, CA 92501

BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063

   /s/ David Lamb
_____
   Signature

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of December 29, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") Sherman Originator III LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business c/o Sherman Capital Markets LLC at 200 Meeting Street, Suite 206, Charleston, SC 29401

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated December 29, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility except as provided in the Agreement.

Citibank (South Dakota), N.A.

By: _____
           (Signature)

Name: _____
           SCOTT CHRISTENSEN, VP
           GEIO #00001B0984
           Financial Control
Title: _____
           CBSD MC 1162
           (605) 331-1935


Sherman Originator III LLC

By: _____
           (Signature)

Name: Jon C. Mazzoli

Title: Director

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated December 23, 2008 delivered by Citibank (South Dakota), N.A. on December 29, 2008 for purchase by SOLLC III on December 30, 2008. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title: Authorized Representative

**Exhibit A**

**Receivables File**

12.30.08

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 109443 | 12307 | N/A |

||||| |||| ||||| ||||||||| |||||   2007015772   P/ATTY
                                                 2 PGS
                                    Book:DE 2251   Page:1949-1950
February 16, 2007  09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

### Limited Power of Attorney

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding LLC
By: _____
Name: Kevin Branigan
Title: President          FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: Michael A Keaton
Title: Senior Vice President

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL TO BE IN THIS OFFICE
_____
REGISTER OF DEEDS CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name: _____

STATE OF
COUNTY OF

On this, the 13th day of february, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____

My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Easton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires 1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1.31.2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772   Book:DE 2261   Page:1949-1950
February 16, 2007   09:00:57 AM

# EXHIBIT C

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL District of CA (State) |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | LVNV Funding, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☐ No<br>☑ Yes. From whom? Sherman Originator LLC |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Resurgent Capital Services<br>Name<br>PO Box 10587<br>Number        Street<br>Greenville, SC   29603-0587<br>City              State              ZIP Code<br><br>Contact phone  (877) 264-5884<br>Contact email  askbk@resurgent.com | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number        Street<br><br>City              State              ZIP Code<br><br>Contact phone<br>Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>RSG-00248-351890660 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>                                                        MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _7326_ ____ ____ ____

**7. How much is the claim?**

$ _1,334.89_  **. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Retail_

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*                                                                                                 **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                               $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).                        $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                                                                                 $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).                    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).                      $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.                      $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___8/5/2024___
                                MM  / DD  / YYYY

_/s/ David Lamb_____
        Signature

**Print the name of the person who is completing and signing this claim:**

Name          David Lamb
                First name                    Middle name                    Last name

Title          Claims Processor

Company        Resurgent Capital Services
                Identify the corporate servicer as the company if the authorized agent is a servicer.

Address        PO Box 10587
                Number          Street

                Greenville, SC    29603-0587
                City                              State          ZIP Code

Contact phone  (877) 264-5884                      Email      askbk@resurgent.com



PO Box 10587
Greenville, SC 29603-0587

Phone: (877) 264-5884
Email: askbk@resurgent.com

**Proof of Claim**

**Account Supplemental Data**

<u>Bankruptcy Case Information</u>

| | | | |
|---|---|---|---|
| **Case Number:** | 24-13099 | **District:** | CENTRAL DISTRICT OF CALIFORNIA |
| **Chapter:** | 13 | **Filer:** | SEVINA DANIELLE BEGA |
| **Petition Date:** | 05/31/2024 | **Co-Filer:** | RYAN WILLIAM BEGA |

<u>Creditor Information</u>

**Current Creditor\*:** LVNV Funding, LLC

**Original Creditor:** General Electric Capital Corporation

**Alternative Names (if any) for this creditor:** JC Penney Consumer

**Creditor at time of last transaction:** General Electric Capital Corporation

<u>Account Information</u>

**Account Number (redacted):** 7326

**Amount due as of the date the bankruptcy case was filed\*\*:** $1,334.89

**Amount due as of the date of the Proof of Claim\*\*:** $1,334.89

| | | | |
|---|---|---|---|
| **Principal Balance\*\*:** | $1,334.89 | **Charge Off Date:** | 07/02/2008 |
| **Interest Balance\*\*:** | $0.00 | **Last Payment Date:** | 11/24/2007 |
| **Fees Balance\*\*:** | $0.00 | **Last Transaction Date:** | |
| **Cost Balance\*\*:** | $0.00 | | |

---

\* Resurgent Capital Services services this account on behalf of the current creditor. Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587
    Telephone No. (877) 264-5884

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services          Phone Number:              (877) 264-5884
PO Box 10587                        Email:               askbk@resurgent.com
Greenville, SC 29603-0587

---

RE:   SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:   24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024        .


CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501


Rod Danielson
3787 University Avenue
Riverside, CA 92501


BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063


____/s/ David Lamb_____
      Signature



# GE Money Bank

## BILL of SALE

### 180 Day Mid Prime Recall Forward Flow-February 2009

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as this 19th day of December 2007 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and Sherman Originator III, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on February 14, 2009 and as further described in the Agreement.

GE Money Bank

By: _____

Title: _____

Retailer Credit Services Inc

By: _____

Title: _____

General Electric Capital Corporation

By: _____

Title: _____ Vice President

 **GE Money Bank**

### BILL of SALE

#### 180 Day Mid Prime Recall Forward Flow-February 2009

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as this 19th day of December 2007 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and Sherman Originator III, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on February 14, 2009 and as further described in the Agreement.

GE Money Bank

By: _____

Title:  Chief Operations Officer

Retailer Credit Services Inc

By: _____

Title:  Chief Operations Officer

General Electric Capital Corporation

By: _____

Title: ____Vice President_____

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated February 17, 2009 delivered by General Electric Capital Corporation, GE Money Bank, Retailer Credit Services, Inc. on February 14, 2009 for purchase by SOLLC III on February 27, 2009. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title: Authorized Representative

**Exhibit A**

**Receivables File**
**02.27.09**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 114724 | 12638 | N/A |

2007015772   P/ATTY
2 PGS
Book:DE 2251   Page:1949-1950
February 16, 2007   09:00:57 AM
Rec:$15.00   Cnty Tax:$0.00   State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

### Limited Power of Attorney

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 15th day of January, 2007.

GRANTOR: LVNV Funding LLC
By: _____
Name: Kevin Branigan
Title: President        FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: Michael A Keaton
Title: Senior Vice President

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT FILED IN THIS OFFICE
_____
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name: _____

STATE OF
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____ My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Eaton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires _____ 1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1-31-2016

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2007015772    Book:DE 2261    Page:1949-1950
February 16, 2007  09:00:57 AM

Timothy J. Hanney

# EXHIBIT D

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL    District of CA (State) |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

LVNV Funding, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes.  From whom?    Sherman Originator LLC

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Resurgent Capital Services
Name

PO Box 10587
Number        Street

Greenville, SC    29603-0587
City                State            ZIP Code

Contact phone    (877) 264-5884

Contact email    askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City                State            ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-00248-347133261

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
                                                                  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __3980__ ____ ____ ____

**7. How much is the claim?** $ 3,919.48 **. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Retail

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*                                                                              Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under
11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                                          $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for
personal, family, or household use. 11 U.S.C. § 507(a)(7).                              $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the
bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
11 U.S.C. § 507(a)(4).                                                                                    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).            $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).                    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.                  $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it.
FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    8/5/2024
                          MM / DD / YYYY

/s/ David Lamb
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | David Lamb | |
| | First name          Middle name | Last name |
| Title | Claims Processor | |
| Company | Resurgent Capital Services | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | PO Box 10587 | |
| | Number          Street | |
| | Greenville, SC    29603-0587 | |
| | City          State          ZIP Code | |
| Contact phone | (877) 264-5884 | Email   askbk@resurgent.com |



**Proof of Claim**

**Account Supplemental Data**

<u>Bankruptcy Case Information</u>

| | | | |
|---|---|---|---|
| **Case Number:** | 24-13099 | **District:** | CENTRAL DISTRICT OF CALIFORNIA |
| **Chapter:** | 13 | **Filer:** | SEVINA DANIELLE BEGA |
| **Petition Date:** | 05/31/2024 | **Co-Filer:** | RYAN WILLIAM BEGA |

<u>Creditor Information</u>

**Current Creditor*:** LVNV Funding, LLC

**Original Creditor:** General Electric Capital Corporation

**Alternative Names (if any) for this creditor:** PayPal Plus

**Creditor at time of last transaction:** General Electric Capital Corporation

<u>Account Information</u>

**Account Number (redacted):** 3980

**Amount due as of the date the bankruptcy case was filed**:** $3,919.48

**Amount due as of the date of the Proof of Claim**:** $3,919.48

| | | | |
|---|---|---|---|
| **Principal Balance**:** | $3,919.48 | **Charge Off Date:** | 06/19/2008 |
| **Interest Balance**:** | $0.00 | **Last Payment Date:** | 11/10/2007 |
| **Fees Balance**:** | $0.00 | **Last Transaction Date:** | |
| **Cost Balance**:** | $0.00 | | |

---

\* Resurgent Capital Services services this account on behalf of the current creditor. Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587
    Telephone No.   (877) 264-5884

---

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

---

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Phone Number:          (877) 264-5884
Email:          askbk@resurgent.com

RE:   SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:   24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024          .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501

Rod Danielson
3787 University Avenue
Riverside, CA 92501

BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063

_____/s/ David Lamb_____
      Signature

Prime Recall November 2008

## BILL of SALE

For value received and in further consideration of the mutual covenants and conditions set forth in the Receivables Purchase Agreement (the "Agreement"), dated as this 25th day of November 2008 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and Sherman Originator III LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on Transfer Date, and as further described in the Agreement.

GE Money Bank

By: _____

Title: President _____

Retailer Credit Services Inc

By: _____

Title: President _____

General Electric Capital Corporation

By: _____

Title:   Vice President _____

Prime Recall November 2008

## BILL of SALE

For value received and in further consideration of the mutual covenants and conditions set forth in the Receivables Purchase Agreement (the "Agreement"), dated as this 25th day of November 2008 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and  Sherman Originator III LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on Transfer Date, and as further described in the Agreement.

GE Money Bank

By: _____

Title: _____

Retailer Credit Services Inc

By: _____

Title: _____

General Electric Capital Corporation

By: _____

Title:_____ Vice President _____

24

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 24, 2008 delivered by General Electric Captial Corporation, GE Money Bank, Retailer Credit Services, Inc on November 26, 2008 for purchase by SOLLC III on November 26, 2008. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Les Gutierrez
Title: Authorized Representative

Exhibit A

**Receivables File**

**11.26.08**

| Transfer Group | Portfolio | Transfer Batch |
|----------------|-----------|----------------|
| 106952 | 12214 | N/A |

2007015772   P/ATTY
2 PGS
Book:DE 2251   Page:1949-1950
February 16, 2007 09:00:57 AM
Rec:$15.00   Cnty Tax:$0.00   State Tax:$0.00
**FILED IN GREENVILLE COUNTY,SC**

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding LLC
By: _____
Name: Kevin Branigan
Title: President          FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: Michael A Keaton
Title: Senior Vice President

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE
_____
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____

Name: Danette Stovall

Witnessed by: Heather H. Silver

Name: _____

STATE OF
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____

My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Easton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires  1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1-31-2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772   Book DE 2261   Page: 1949-1950
February 16, 2007   09:00:57 AM

Timothy J. Nanney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL        District of    CA (State) |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

LVNV Funding, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes.  From whom?    Sherman Originator LLC

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Resurgent Capital Services
Name

PO Box 10587
Number        Street

Greenville, SC    29603-0587
City            State        ZIP Code

Contact phone    (877) 264-5884

Contact email    askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City            State        ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-00248-348378389

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1472__ ____ ____ ____

**7. How much is the claim?**   $ 9,870.57 _____ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Retail _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured:   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   8/5/2024
  MM / DD / YYYY

/s/ David Lamb
Signature

**Print the name of the person who is completing and signing this claim:**

Name   David Lamb
  First name          Middle name          Last name

Title   Claims Processor

Company   Resurgent Capital Services
  Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   PO Box 10587
  Number       Street
  Greenville, SC   29603-0587
  City       State   ZIP Code

Contact phone   (877) 264-5884      Email   askbk@resurgent.com

---



PO Box 10587
Greenville, SC 29603-0587

Phone: (877) 264-5884
Email: askbk@resurgent.com

## Proof of Claim

### Account Supplemental Data

Bankruptcy Case Information

**Case Number:** 24-13099

**Chapter:** 13

**Petition Date:** 05/31/2024

**District:** CENTRAL DISTRICT OF CALIFORNIA

**Filer:** SEVINA DANIELLE BEGA

**Co-Filer:** RYAN WILLIAM BEGA

Creditor Information

**Current Creditor*:** LVNV Funding, LLC

**Original Creditor:** Citibank (South Dakota), N.A.

**Alternative Names (if any) for this creditor:**

**Creditor at time of last transaction:** Citibank (South Dakota), N.A.

Account Information

**Account Number (redacted):** 1472

**Amount due as of the date the bankruptcy case was filed**:** $9,870.57

**Amount due as of the date of the Proof of Claim**:** $9,870.57

**Principal Balance**:** $9,870.57

**Interest Balance**:** $0.00

**Fees Balance**:** $0.00

**Cost Balance**:** $0.00

**Charge Off Date:** 06/20/2008

**Last Payment Date:** 11/12/2007

**Last Transaction Date:** 12/24/2007

---

\* Resurgent Capital Services services this account on behalf of the current creditor. Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587
    Telephone No. (877) 264-5884

\** The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

\*** Please call Resurgent for additional information.

USC

Resurgent Capital Services                    Phone Number:              (877) 264-5884
PO Box 10587                                  Email:                askbk@resurgent.com
Greenville, SC 29603-0587

RE:    SEVINA DANIELLE BEGA
       RYAN WILLIAM BEGA

Case No:    24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024        .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501

Rod Danielson
3787 University Avenue
Riverside, CA 92501

BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063

   /s/ David Lamb
   Signature

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of December 29, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") Sherman Originator III LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business c/o Sherman Capital Markets LLC at 200 Meeting Street, Suite 206, Charleston, SC 29401

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated December 29, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility except as provided in the Agreement.

Citibank (South Dakota), N.A.

By: _____
                (Signature)

Name: _____
          SCOTT CHRISTENSEN, VP
          GEID #0000180984
          Financial Control
Title: _____
          CBSD MC 1162
          (605) 331-1935


Sherman Originator III LLC

By: _____
                (Signature)

Name:    Jon C. MAZZOLI

Title:    DIRECTOR

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated December 23, 2008 delivered by Citibank (South Dakota), N.A. on December 29, 2008 for purchase by SOLLC III on December 30, 2008.  The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets.  The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title:  Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title:  Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Les Gutierrez
Title:  Authorized Representative

**Exhibit A**

**Receivables File**

12.30.08

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 109448 | 12302 | N/A |

2007015772   P/ATTY
2 PGS
Book:DE 2251   Page:1949-1950
February 16, 2007  09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

## Limited Power of Attorney

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding LLC
By: _____
Name: _Kevin Branigan_
Title: _President_          FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: _Michael A Kenton_
Title: _Senior Vice President_

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF AN ORIGINAL ON FILE IN THIS OFFICE

REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name: _____


STATE OF
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____ My Commission Expires
February 1, 2015


STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Easton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires _____ 1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1-31-2016


FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772   Book:DE 2261   Page:1949-1950
February 16, 2007  09:00:57 AM
Timothy J. Nanney