| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | |

☒ *Attorney for:* Debtors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-13099-RB<br>CHAPTER: 13 |
|---|---|

**NOTICE OF OBJECTION TO CLAIM**

DATE: 06/18/2025
TIME: 2:00 pm
COURTROOM: 303
PLACE: 3420 Twelfth Street
Riverside, CA 92501

1. TO *(specify claimant and claimant's counsel, if any)*:  LVNV Funding LLC

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claims (**Claims #11, 12, 13, 14, and 15**) filed in the above referenced case.  The Objection to Claims seeks to alter your rights by disallowing, reducing or modifying the claims based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claims not later than 14 days prior to the hearing date set forth above.
   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  05/09/2025

Nexus Bankruptcy
Printed name of law firm

/s/Benjamin Heston
Signature

Date Notice Mailed:  05/09/2025

Benjamin Heston
Printed name of attorney for objector

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 1                     **F 3007-1.1.NOTICE.OBJ.CLAIM**

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br>        Debtors. | **Case No: 6:24-bk-13099-RB**<br><br>**Chapter 13**<br><br>**NOTICE OF HEARING AND OBJECTION TO CLAIM OF LVNV FUNDING, LLC (Claims 11, 12, 13, 14, and 15)**<br><br>**Hearing:**<br>Date:  June 18, 2025<br>Time: 2:00 PM<br>Courtroom:  303 |

**TO: LVNV FUNDING, LLC, THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that a hearing on Debtors' Objection to the Claim of LVNV FUNDING, LLC (hereinafter, "LVNV") has been set for June 18, 2025 at 2:00 PM in Courtroom 303 of the above-captioned court.

If you wish to oppose the objection, you must file your formal written response with the Court and mail a copy to the attorney for the Debtor not less than 14 days prior to the date of the hearing in accordance with local Bankruptcy Rule 9013-1(1)(g).  Papers not timely filed and served may be deemed consent to the granting of the objection without further notice of hearing.

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**STATEMENT OF FACTS**

A copy of the claims filed by LVNV to which Debtors object are attached hereto as Exhibits A (#11), B (#12), C (#13), D (#14), and E (#15). As indicated on each of these claims, the last transaction on the account was more than four years prior to the bankruptcy being filed. Since LVNV never filed a lawsuit and more than four years elapsed from the date of the last transaction to the filing of this bankruptcy, these debts have been rendered unenforceable due to the running of the statute of limitations and the claims must be disallowed.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Section 502(b)(1) provides in relevant part:

**(b) …. if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that—**

> **(1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured;**

California Code of Civil Procedure § 337 provides for the time limit for commencement of actions: "**Within four years - An action upon any contract, obligation or liability founded upon an instrument in writing…**"

LBR 3007-1(a)(3)(A) permits the filing of a consolidated objection when multiple claims are filed by the same creditor. Because each of the claims filed by LVNV shares common deficiencies – that they are all based on debts that are time-barred – a single, unified objection is both appropriate and efficient. Consolidating the objections into one filing promotes judicial economy by avoiding repetitive arguments and ensures a clear and consistent presentation of the legal and factual issues that apply uniformly to all of LVNV's claims.

A claim that is barred by the applicable statute of limitations is unenforceable under non-bankruptcy law and must be disallowed pursuant to 11 U.S.C. § 502(b)(1). See *In re Hess*, 404 B.R. 747 (Bankr. S.D.N.Y. 2009); *In re Chaussee*, 399 B.R. 225 (B.A.P. 9th Cir. 2008). Because the Debtors' bankruptcy case was filed on May 31, 2024, any claim where the last transaction occurred prior to May 31, 2020 is time-barred, unenforceable under applicable law, and must be disallowed. As shown in the table below, each of LVNV's claims listed below are based on debts for which the last transaction date occurred more than four years prior to the petition date.

| Proof of Claim # | Last 4 digits of acct | Date of last transaction |
|---|---|---|
| 11 | 3760 | 11/12/2007 |
| 12 | 9380 | 12/17/2007 |
| 13 | 7326 | 11/24/2007 |
| 14 | 3980 | 11/10/2007 |
| 15 | 1472 | 12/24/2007 |

## **CONCLUSION**

For the reasons stated above, the claims filed by LVNV Funding LLC are unenforceable under applicable non-bankruptcy law due to the expiration of the statute of limitations. Pursuant to 11 U.S.C. § 502(b)(1), these claims must be disallowed in their entirety. The Debtors respectfully request that the Court sustain this objection and enter an order disallowing each of LVNV Funding LLC's claims identified herein.

Nexus Bankruptcy

Date: May 5, 2025

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

## DECLARATION OF SEVINA BEGA

I, Sevina Bega, declare as follows:

1. I am one of the Debtors in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I have reviewed the table of claims referenced in the preceding objection to the claims of LVNV. To the best of my knowledge, the information contained in that table, including the account numbers and dates of last transactions, is true and correct.

3. I have also reviewed the exhibits attached to this objection and they appear to be true and accurate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 24, 2025



SEVINA BEGA

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

# EXHIBIT A

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL    District of CA _(State)_ |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

LVNV Funding, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes. From whom?    Sherman Originator LLC

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Resurgent Capital Services
Name

PO Box 10587
Number        Street

Greenville, SC    29603-0587
City            State        ZIP Code

Contact phone    (877) 264-5884

Contact email    askbk@resurgent.com

**Where should payments to the creditor be sent?** (if different)

_____
Name

_____
Number        Street

_____
City            State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-00248-348390416

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.    Claim number on court claims registry (if known) _____    Filed on _____
                                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.    Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __3760__ ____ ____ ____

**7. How much is the claim?**

$ 761.55 _____ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Retail _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| **12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   8/5/2024
                   MM / DD / YYYY

/s/ David Lamb
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | David Lamb | | |
| | First name | Middle name | Last name |
| Title | Claims Processor | | |
| Company | Resurgent Capital Services | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 10587 | | |
| | Number        Street | | |
| | Greenville, SC   29603-0587 | | |
| | City | State | ZIP Code |
| Contact phone | (877) 264-5884 | Email | askbk@resurgent.com |



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

## Proof of Claim

### Account Supplemental Data

Bankruptcy Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | 24-13099 | **District:** | CENTRAL DISTRICT OF CALIFORNIA |
| **Chapter:** | 13 | **Filer:** | SEVINA DANIELLE BEGA |
| **Petition Date:** | 05/31/2024 | **Co-Filer:** | RYAN WILLIAM BEGA |

Creditor Information

**Current Creditor\*:**  LVNV Funding, LLC

**Original Creditor:**  Citibank (South Dakota), N.A.

**Alternative Names (if any) for this creditor:**  Sears Premier Card

**Creditor at time of last transaction:**  Citibank (South Dakota), N.A.

Account Information

**Account Number (redacted):**  3760

**Amount due as of the date the bankruptcy case was filed\*\*:**  $761.55

**Amount due as of the date of the Proof of Claim\*\*:**  $761.55

| | | | |
|---|---|---|---|
| **Principal Balance\*\*:** | $761.55 | **Charge Off Date:** | 06/12/2008 |
| **Interest Balance\*\*:** | $0.00 | **Last Payment Date:** | 11/12/2007 |
| **Fees Balance\*\*:** | $0.00 | **Last Transaction Date:** | 11/06/2007 |
| **Cost Balance\*\*:** | $0.00 | | |

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.   (877) 264-5884

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services                    Phone Number:              (877) 264-5884
PO Box 10587                                   Email:              askbk@resurgent.com
Greenville, SC 29603-0587

---

RE:   SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:   24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024          .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501

Rod Danielson
3787 University Avenue
Riverside, CA 92501

BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063

     /s/ David Lamb
     Signature

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of December 29, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD  57117 (the "Bank") Sherman Originator III LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business c/o Sherman Capital Markets LLC at 200 Meeting Street, Suite 206, Charleston, SC  29401

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated December 29, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility except as provided in the Agreement.

Citibank (South Dakota), N.A.

By: _____
(Signature)

Name: ___SCOTT CHRISTENSEN, VP
         GEID #0000180984
         Financial Control
Title: ____CBSD MC 1162
         (605) 331-1935

Sherman Originator III LLC

By: _____
(Signature)

Name: _Jon C. MAZZOLI

Title: _DIRECTOR

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated December 23, 2008 delivered by Citibank (South Dakota), N.A. on December 29, 2008 for purchase by SOLLC III on December 30, 2008. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title: Authorized Representative

Exhibit A

**Receivables File**

**12.30.08**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 109442 | 12306 | N/A |

|||||||||||||||||||||||||||  2007015772  P/ATTY
                             2 PGS
                             Book:DE 2251  Page:1949-1950
February 16, 2007  09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding, LLC
By: _____
Name: Kerry Cranigan
Title: President        FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: Michael A Keaton
Title: Senior Vice President

DATE

CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
REGISTER OF DEEDS CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____  
Name: Danette Stovall

Witnessed by: Heather H. Silver  
Name: _____

STATE OF  
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____  
Notary Public  
My Commission Expires _____  
My Commission Expires  
February 1, 2015

STATE OF  
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Easton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____  
Notary Public  
My Commission Expires _____ 1-31-2016

Michelle L. Church  
Notary Public  
South Carolina  
Commission Expires 1.31.2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD  
2007015772    Book:DE 2251    Page:1949-1950  
February 16, 2007   09:00:57 AM  
_____

# EXHIBIT B

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL District of CA (State) |
| Case number | 24-13099 |

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

LVNV Funding, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes. From whom? Sherman Originator LLC

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Resurgent Capital Services
Name

PO Box 10587
Number       Street

Greenville, SC    29603-0587
City              State        ZIP Code

Contact phone    (877) 264-5884

Contact email    askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name

Number       Street

City          State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-00248-348393590

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ____/____/_____
                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                          Proof of Claim                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  9380 ____ ____ ____

**7. How much is the claim?**    $ 972.86 _____    **. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   8/5/2024
                   MM / DD / YYYY

/s/ David Lamb
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | David Lamb | |
| | First name                          Middle name                          Last name | |
| Title | Claims Processor | |
| Company | Resurgent Capital Services | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | PO Box 10587 | |
| | Number            Street | |
| | Greenville, SC    29603-0587 | |
| | City                          State            ZIP Code | |
| Contact phone | (877) 264-5884 | Email    askbk@resurgent.com |

---



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

## Proof of Claim

### Account Supplemental Data

<u>Bankruptcy Case Information</u>

**Case Number:** 24-13099

**Chapter:** 13

**Petition Date:** 05/31/2024

**District:** CENTRAL DISTRICT OF CALIFORNIA

**Filer:** SEVINA DANIELLE BEGA

**Co-Filer:** RYAN WILLIAM BEGA

<u>Creditor Information</u>

**Current Creditor\*:** LVNV Funding, LLC

**Original Creditor:** Citibank (South Dakota), N.A.

**Alternative Names (if any) for this creditor:** Sears Gold Mastercard

**Creditor at time of last transaction:** Citibank (South Dakota), N.A.

<u>Account Information</u>

**Account Number (redacted):** 9380

**Amount due as of the date the bankruptcy case was filed\*\*:** $972.86

**Amount due as of the date of the Proof of Claim\*\*:** $972.86

**Principal Balance\*\*:** $972.86

**Interest Balance\*\*:** $0.00

**Fees Balance\*\*:** $0.00

**Cost Balance\*\*:** $0.00

**Charge Off Date:** 07/27/2008

**Last Payment Date:** 11/12/2007

**Last Transaction Date:** 12/17/2007

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.    (877) 264-5884

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services                    Phone Number:              (877) 264-5884
PO Box 10587                                   Email:            askbk@resurgent.com
Greenville, SC 29603-0587

RE:   SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:   24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024        .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501

Rod Danielson
3787 University Avenue
Riverside, CA 92501

BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063

_____/s/ David Lamb_____

      Signature

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of December 29, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD  57117 (the "Bank") Sherman Originator III LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business c/o Sherman Capital Markets LLC at 200 Meeting Street, Suite 206, Charleston, SC  29401

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated December 29, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility except as provided in the Agreement.

Citibank (South Dakota), N.A.

By: _____
            (Signature)

Name: _____
            SCOTT CHRISTENSEN, VP
            GEID #00001B0984
            Financial Control
Title: _____
            CBSD MC 1162
            (605) 331-1935

Sherman Originator III LLC

By: _____
            (Signature)

Name: Jon C. Mazzoli

Title: Director

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated December 23, 2008 delivered by Citibank (South Dakota), N.A. on December 29, 2008 for purchase by SOLLC III on December 30, 2008. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title: Authorized Representative

Exhibit A

**Receivables File**
12.30.08

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 109443 | 12307 | N/A |

2007015772   P/ATTY
2 PGS
Book:DE 2251   Page:1949-1950

February 16, 2007  09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding, LLC
By: _____
Name: Kevin Branigan
Title: President        FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: Michael A Keaton
Title: Senior Vice President

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
_____ IN THIS OFFICE
_____

REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____
Name: Danette Stovall

Witnessed by: _Heather H. Silver_
Name: _____

STATE OF
COUNTY OF

On this, the __13th__ day of __February__, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of _South Carolina_ by the _Kevin Branigan_, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____
My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the __15__ day of __February__, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of _South Carolina_ by the _Michael A. Easton_, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires _1-31-2016_

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1-31-2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772   Book:DE 2261   Page:1949-1950
February 16, 2007   09:00:57 AM
Timothy J. Nanney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL    District of CA (State) |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | LVNV Funding, LLC <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No <br> ☑ Yes.  From whom?  Sherman Originator LLC |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Resurgent Capital Services
Name

PO Box 10587
Number        Street

Greenville, SC    29603-0587
City            State        ZIP Code

Contact phone    (877) 264-5884

Contact email    askbk@resurgent.com

**Where should payments to the creditor be sent?** (if different)

Name

Number        Street

City            State        ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-00248-351890660 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ____ / ____ / ____ <br> MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7326__ ____ ____ ____

**7. How much is the claim?**

$ 1,334.89 **. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Retail

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___8/5/2024___
MM / DD / YYYY

___/s/ David Lamb___
Signature

**Print the name of the person who is completing and signing this claim:**

Name ___David Lamb___
First name          Middle name          Last name

Title ___Claims Processor___

Company ___Resurgent Capital Services___
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ___PO Box 10587___
Number          Street
___Greenville, SC    29603-0587___
City          State          ZIP Code

Contact phone ___(877) 264-5884___          Email ___askbk@resurgent.com___



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

**Proof of Claim**

**Account Supplemental Data**

<u>Bankruptcy Case Information</u>

**Case Number:**  24-13099

**Chapter:**  13

**Petition Date:**  05/31/2024

**District:**  CENTRAL DISTRICT OF CALIFORNIA

**Filer:**  SEVINA DANIELLE BEGA

**Co-Filer:**  RYAN WILLIAM BEGA

<u>Creditor Information</u>

**Current Creditor\*:**  LVNV Funding, LLC

**Original Creditor:**  General Electric Capital Corporation

**Alternative Names (if any) for this creditor:**  JC Penney Consumer

**Creditor at time of last transaction:**  General Electric Capital Corporation

<u>Account Information</u>

**Account Number (redacted):**  7326

**Amount due as of the date the bankruptcy case was filed\*\*:**  $1,334.89

**Amount due as of the date of the Proof of Claim\*\*:**  $1,334.89

**Principal Balance\*\*:**  $1,334.89

**Interest Balance\*\*:**  $0.00

**Fees Balance\*\*:**  $0.00

**Cost Balance\*\*:**  $0.00

**Charge Off Date:**  07/02/2008

**Last Payment Date:**  11/24/2007

**Last Transaction Date:**

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.    (877) 264-5884

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services                     Phone Number:              (877) 264-5884
PO Box 10587                                   Email:               askbk@resurgent.com
Greenville, SC 29603-0587

---

RE:    SEVINA DANIELLE BEGA
       RYAN WILLIAM BEGA

Case No:    24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   8/5/2024        .


CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501


Rod Danielson
3787 University Avenue
Riverside, CA 92501


BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063


____/s/ David Lamb_____
    Signature



**GE Money Bank**

## BILL of SALE

### 180 Day Mid Prime Recall Forward Flow-February 2009

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as this 19th day of December 2007 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and Sherman Originator III, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on February 14, 2009 and as further described in the Agreement.

GE Money Bank

By: _____

Title: _____

Retailer Credit Services Inc

By: _____

Title: _____

General Electric Capital Corporation

By: _____

Title: _____Vice President_____



# GE Money Bank

## BILL of SALE

### 180 Day Mid Prime Recall Forward Flow-February 2009

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as this 19th day of December 2007 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and Sherman Originator III, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on February 14, 2009 and as further described in the Agreement.

GE Money Bank

By: _____

Title:  Chief Operations Officer

Retailer Credit Services Inc

By: _____

Title:  Chief Operations Officer

General Electric Capital Corporation

By: _____

Title: ___Vice President_____

### Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated February 17, 2009 delivered by General Electric Capital Corporation, GE Money Bank, Retailer Credit Services, Inc. on February 14, 2009 for purchase by SOLLC III on February 27, 2009. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title: Authorized Representative

**Exhibit A**

**Receivables File**

02.27.09

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 114724 | 12638 | N/A |

2007015772    P/ATTY
                                                    2 PGS
                                           Book:DE 2251   Page:1949-1950
February 16, 2007   09:00:57 AM
Rec:$15.00     Cnty Tax:$0.00     State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of
Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts
receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of
Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's
officers, designated employees and servants (collectively referred to as "Resurgent") as
Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the
Grantor's name, place and stead as fully and with the same effect as if Grantor were
present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note,
   Title, Judgment, Financing Statement or any other instrument necessary to
   transfer to and vest in Resurgent or its nominee or to protect the rights, title and
   interest of Resurgent in and to any account serviced by Resurgent on behalf of
   Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to
   Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or
   assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer
   ownership of property owned as a result of foreclosure, receipt of quit-claim deed,
   surrender or other form of repossession of any collateral securing accounts
   serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper
   or necessary in asserting, protecting the Grantor's ownership rights in
   any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any
manner both proper and necessary to effectuate and execute the foregoing powers, and
ratifies every act that Resurgent may lawfully perform in exercising those powers by
virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of
Attorney on this _15th_ day of _January_, 2007.

GRANTOR: LVNV Funding, LLC          Resurgent Capital Services LP
By: _____                 By: _____
Name: _Kevin Branigan_              Name: _Michael A Keaton_
Title: _President_                  Title: _Senior Vice President_
                    FEB 1 6 2007

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE

REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____

Name: Danette Stovall

Witnessed by: Heather H. Silver

Name: _____

STATE OF
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____

My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Easton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires     1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1/31/2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772    Book:DE 2261    Page:1949-1950
February 16, 2007   09:00:57 AM

Timothy J. Nanney

1

2

3

4

5

6

7

8

9

10

11

12

13

# EXHIBIT D

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL District of CA (State) |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

LVNV Funding, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes. From whom? Sherman Originator LLC

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Resurgent Capital Services
Name

PO Box 10587
Number        Street

Greenville, SC    29603-0587
City                State            ZIP Code

Contact phone   (877) 264-5884

Contact email   askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City            State            ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-00248-347133261

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ____/____/____
                                                                                                MM  /  DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __3980__ ___ ___ ___

**7. How much is the claim?**

$ 3,919.48

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Retail

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.      $ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    8/5/2024
            MM / DD / YYYY

     /s/ David Lamb
     Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | David Lamb | |
| | First name      Middle name      Last name | |
| Title | Claims Processor | |
| Company | Resurgent Capital Services | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | PO Box 10587 | |
| | Number      Street | |
| | Greenville, SC    29603-0587 | |
| | City      State      ZIP Code | |
| Contact phone | (877) 264-5884      Email    askbk@resurgent.com | |



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

## Proof of Claim

## Account Supplemental Data

<u>Bankruptcy Case Information</u>

**Case Number:**  24-13099

**Chapter:**  13

**Petition Date:**  05/31/2024

**District:**  CENTRAL DISTRICT OF CALIFORNIA

**Filer:**  SEVINA DANIELLE BEGA

**Co-Filer:**  RYAN WILLIAM BEGA

<u>Creditor Information</u>

**Current Creditor*:**  LVNV Funding, LLC

**Original Creditor:**  General Electric Capital Corporation

**Alternative Names (if any) for this creditor:**  PayPal Plus

**Creditor at time of last transaction:**  General Electric Capital Corporation

<u>Account Information</u>

**Account Number (redacted):**  3980

**Amount due as of the date the bankruptcy case was filed**:**  $3,919.48

**Amount due as of the date of the Proof of Claim**:**  $3,919.48

**Principal Balance**:**  $3,919.48

**Interest Balance**:**  $0.00

**Fees Balance**:**  $0.00

**Cost Balance**:**  $0.00

**Charge Off Date:**  06/19/2008

**Last Payment Date:**  11/10/2007

**Last Transaction Date:**

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.    (877) 264-5884

---

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

---

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Phone Number:   (877) 264-5884
Email:   askbk@resurgent.com

RE:  SEVINA DANIELLE BEGA
     RYAN WILLIAM BEGA

Case No:  24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,   8/5/2024  .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501

Rod Danielson
3787 University Avenue
Riverside, CA 92501

BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063

/s/ David Lamb
Signature

Prime Recall November 2008

## BILL of SALE

For value received and in further consideration of the mutual covenants and conditions set forth in the Receivables Purchase Agreement (the "Agreement"), dated as this 25th day of November 2008 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and Sherman Originator III LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on Transfer Date, and as further described in the Agreement.

GE Money Bank

By: _____

Title: President _____

Retailer Credit Services Inc

By: _____

Title: President _____

General Electric Capital Corporation

By: _____

Title:    Vice President _____

Prime Recall November 2008

BILL of SALE

For value received and in further consideration of the mutual covenants and conditions
set forth in the Receivables Purchase Agreement (the "Agreement"), dated as this 25th day of
November 2008 by and between General Electric Capital Corporation, a Delaware corporation,
GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware
corporation (collectively "Seller") and Sherman Originator III LLC ("Buyer"), Seller hereby
transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without
recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as
set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on
Transfer Date, and as further described in the Agreement.

GE Money Bank

By: _____

Title: _____

Retailer Credit Services Inc

By: _____

Title: _____

General Electric Capital Corporation

By: _____

Title: _____ Vice President _____

24

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 24, 2008 delivered by General Electric Captial Corporation, GE Money Bank, Retailer Credit Services, Inc on November 26, 2008 for purchase by SOLLC III on November 26, 2008.  The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets.  The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title:  Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title:  Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title:  Authorized Representative

## Exhibit A

**Receivables File**

11.26.08

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 106952 | 12214 | N/A |

2007015772   P/ATTY
                                                              2 PGS
                                                  Book:DE 2251   Page:1949-1950
February 16, 2007   09:00:57 AM
Rec:$15.00     Cnty Tax:$0.00     State Tax:$0.00
           FILED IN GREENVILLE COUNTY,SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting, realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this  15th  day of  January , 2007.

GRANTOR: LVNV Funding, LLC

By: _____

Name: Kevin Branigan

Title: President          FEB 1 6 2007

Resurgent Capital Services LP

By: _____

Name: Michael A Keaton

Title: Senior Vice President

DATE

CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____    Witnessed by: _Heather H. Silver_
Name: _Danette Stovall_         Name: _____

STATE OF
COUNTY OF

On this, the _13th_ day of _february_, 2007, the foregoing instrument was
acknowledged before me, a notary public, in and for the State of _South Carolina_ by the
_Kevin Branigan_, personally known to me, by me duly sworn, did say that
he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____ My Commission Expires
                             February 1, 2015

STATE OF
COUNTY OF

On this, the _15_ day of _February_, 2007, the foregoing instrument was
acknowledged before me, a notary public, in and for the State of _South Carolina_ by the
_Michael A. Easton_, personally known to me, by me duly sworn, did say that
he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires _____ _1-31-2016_

        Michelle L. Church
        Notary Public
        South Carolina
        Commission Expires 1-31-2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772    Book: DE 2261    Page: 1949-1950
        February 16, 2007  09:00:57 AM
        Timothy J. Nanney

# EXHIBIT E

OBJECTION TO LVNV CLAIMS (POC 11, 12, 13, 14, 15)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL    District of    CA (State) |
| Case number | 24-13099 |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | LVNV Funding, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☐ No<br>☑ Yes.  From whom?    Sherman Originator LLC |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Resurgent Capital Services<br>Name<br>PO Box 10587<br>Number        Street<br>Greenville, SC    29603-0587<br>City            State        ZIP Code<br><br>Contact phone    (877) 264-5884<br><br>Contact email    askbk@resurgent.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>RSG-00248-348378389 | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number        Street<br><br>City            State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____        Filed on _____<br>                                MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

**Part 2:**     **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1472__ ____ ____ ____ |

7. **How much is the claim?**  $ 9,870.57     **. Does this amount include interest or other charges?**

    ☑ No

    ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

    Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

    Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

    Limit disclosing information that is entitled to privacy, such as health care information.

    Retail

9. **Is all or part of the claim secured?**

    ☑ No

    ☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**    $_____

    **Amount of the claim that is secured:**    $_____

    **Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**    $_____

    **Annual Interest Rate** (when case was filed)_____%

    ☐ Fixed

    ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. **Is this claim subject to a right of setoff?**

    ☑ No

    ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*                                                                                      Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under
11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                                $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for
personal, family, or household use. 11 U.S.C. § 507(a)(7).                      $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the
bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
11 U.S.C. § 507(a)(4).                                                                 $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).          $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.         $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:** | **Sign Below**

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    ___8/5/2024___
                    MM  / DD  / YYYY

_____/s/ David Lamb_____
        Signature

**Print the name of the person who is completing and signing this claim:**

| Name | David Lamb | | |
|------|-----------|---|---|
| | First name | Middle name | Last name |
| Title | Claims Processor | | |
| Company | Resurgent Capital Services | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 10587 | | |
| | Number        Street | | |
| | Greenville, SC    29603-0587 | | |
| | City | State | ZIP Code |
| Contact phone | (877) 264-5884 | Email | askbk@resurgent.com |



PO Box 10587
Greenville, SC 29603-0587

Phone: (877) 264-5884
Email: askbk@resurgent.com

**Proof of Claim**

**Account Supplemental Data**

<u>Bankruptcy Case Information</u>

| | | | |
|---|---|---|---|
| **Case Number:** | 24-13099 | **District:** | CENTRAL DISTRICT OF CALIFORNIA |
| **Chapter:** | 13 | **Filer:** | SEVINA DANIELLE BEGA |
| **Petition Date:** | 05/31/2024 | **Co-Filer:** | RYAN WILLIAM BEGA |

<u>Creditor Information</u>

**Current Creditor\*:** LVNV Funding, LLC

**Original Creditor:** Citibank (South Dakota), N.A.

**Alternative Names (if any) for this creditor:**

**Creditor at time of last transaction:** Citibank (South Dakota), N.A.

<u>Account Information</u>

**Account Number (redacted):** 1472

**Amount due as of the date the bankruptcy case was filed\*\*:** $9,870.57

**Amount due as of the date of the Proof of Claim\*\*:** $9,870.57

| | | | |
|---|---|---|---|
| **Principal Balance\*\*:** | $9,870.57 | **Charge Off Date:** | 06/20/2008 |
| **Interest Balance\*\*:** | $0.00 | **Last Payment Date:** | 11/12/2007 |
| **Fees Balance\*\*:** | $0.00 | **Last Transaction Date:** | 12/24/2007 |
| **Cost Balance\*\*:** | $0.00 | | |

---

\* Resurgent Capital Services services this account on behalf of the current creditor. Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587
    Telephone No. (877) 264-5884

---

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

---

\*\*\* Please call Resurgent for additional information.

USC

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Phone Number:          (877) 264-5884
Email:          askbk@resurgent.com

---

RE:   SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:   24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,   8/5/2024          .


CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501


Rod Danielson
3787 University Avenue
Riverside, CA 92501


BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063


_____/s/ David Lamb_____

Signature

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of December 29, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD  57117 (the "Bank") Sherman Originator III LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business c/o Sherman Capital Markets LLC at 200 Meeting Street, Suite 206, Charleston, SC  29401

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated December 29, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility except as provided in the Agreement.

Citibank (South Dakota), N.A.

By: _____
　　　　　(Signature)

Name: ___SCOTT CHRISTENSEN, VP___
　　　　　GEID #00001B0984
　　　　　Financial Control
Title: ___CBSD MC 1162___
　　　　　(605) 331-1935

Sherman Originator III LLC

By: _____
　　　　　(Signature)

Name: ___Jon C. Mazzoli___

Title: ___Director___

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated December 23, 2008 delivered by Citibank (South Dakota), N.A. on December 29, 2008 for purchase by SOLLC III on December 30, 2008. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____

Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Les Gutierrez
Title: Authorized Representative

**Exhibit A**

**Receivables File**
12.30.08

| **Transfer Group** | **Portfolio** | **Transfer Batch** |
|---|---|---|
| 109448 | 12302 | N/A |

2007015772   P/ATTY
Book:DE 2251   2 PGS
Page:1949-1950
February 16, 2007  09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY, SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this ___15th___ day of ___January___, 2007.

GRANTOR: LVNV Funding, LLC
By: _____
Name: Kevin Branigan
Title: President          FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: Michael A Keaton
Title: Senior Vice President

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
_____
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _____
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name: _____

STATE OF
COUNTY OF

On this, the 13th day of february, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

_____
Notary Public
My Commission Expires _____
My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of february, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Easton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

_____
Notary Public
My Commission Expires _____1-31-2016_____

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1-31-2016

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2007015772    Book:DE 2261    Page:1949-1950
February 16, 2007  09:00:57 AM
Timothy J. Nanney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3090 Bristol Street
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/09/2025    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  05/09/2025    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/09/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.