| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | |
| [X] *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-13099-RB |
|---|---|
| | CHAPTER: 13 |
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 06/18/2025<br>TIME: 2:00 pm<br>COURTROOM: 303<br>PLACE: 3420 Twelfth Street<br><br>Riverside, CA 92501 |

1.  TO *(specify claimant and claimant's counsel, if any)*:  Merrick Bank

2.  NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (**Claim #6**) filed in the above referenced case.  The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3.  **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.
    **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  05/09/2025

Nexus Bankruptcy
Printed name of law firm

/s/Benjamin Heston
Signature

Date Notice Mailed:  05/09/2025

Benjamin Heston
Printed name of attorney for objector

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1  **NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
2  3090 Bristol Street #400
Costa Mesa, CA 92626
3  Tel: 949.312.1377
Fax: 949.288.2054
4  *ben@nexusbk.com*

5  Attorney for Debtors

6  **UNITED STATES BANKRUPTCY COURT**

7  **CENTRAL DISTRICT OF CALIFORNIA**

8  **RIVERSIDE DIVISION**

9  In re:                                    **Case No: 6:24-bk-13099-RB**

10  SEVINA DANIELLE BEGA, and            **Chapter 13**

11  RYAN WILLIAM BEGA,                   **NOTICE OF HEARING AND OBJECTION
                                            TO CLAIM OF MERRICK BANK (Claim 6)**
12          Debtors.
                                            **Hearing:**
13                                          Date:  June 18, 2025
                                            Time: 2:00 PM
14                                          Courtroom:  303

15

16      **TO: MERRICK BANK, THE CHAPTER 13 TRUSTEE, AND OTHER**

17  **INTERESTED PARTIES:**

18      NOTICE IS HEREBY GIVEN that a hearing on Debtors' Objection to the Claim of

19  MERRICK BANK (hereinafter, "MERRICK") has been set for June 18, 2025 at 2:00 PM in

20  Courtroom 303 of the above-captioned court.

21      If you wish to oppose the objection, you must file your formal written response with the

22  Court and mail a copy to the attorney for the Debtor not less than 14 days prior to the date of the

23  hearing in accordance with local Bankruptcy Rule 9013-1(1)(g).  Papers not timely filed and

24  served may be deemed consent to the granting of the objection without further notice of hearing.

25

26

27

28

1

OBJECTION TO CLAIM (POC 6)

**STATEMENT OF FACTS**

A copy of the claim filed by MERRICK to which Debtors object is attached hereto as Exhibits A. As indicated on the attachment to his claim, the last transaction on the account was more than four years prior to the bankruptcy being filed. Since MERRICK never filed a lawsuit and more than four years elapsed from the date of the last transaction to the filing of this bankruptcy, this debt has been rendered unenforceable due to the running of the statute of limitations and it must be disallowed.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Section 502(b)(1) provides in relevant part:

**(b) …. if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that—**

> **(1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured;**

California Code of Civil Procedure § 337 provides for the time limit for commencement of actions: "**Within four years - An action upon any contract, obligation or liability founded upon an instrument in writing…**"

A claim that is barred by the applicable statute of limitations is unenforceable under non-bankruptcy law and must be disallowed pursuant to 11 U.S.C. § 502(b)(1). See *In re Hess*, 404 B.R. 747 (Bankr. S.D.N.Y. 2009); *In re Chaussee*, 399 B.R. 225 (B.A.P. 9th Cir. 2008). Because the Debtors' bankruptcy case was filed on May 31, 2024, any claim where the last transaction occurred prior to May 31, 2020 is time-barred, unenforceable under applicable law, and must be disallowed. As noted on the claim filed by MERRICK, the last transaction was more than 4 years prior to the petition date.

OBJECTION TO CLAIM (POC 6)

1                                    **CONCLUSION**

2          For the reasons stated above, the claim filed by MERRICK is unenforceable under

3    applicable non-bankruptcy law due to the expiration of the statute of limitations. Pursuant to 11

4    U.S.C. § 502(b)(1), this claim must be disallowed in its entirety. The Debtors respectfully request

5    that the Court sustain this objection and enter an order disallowing the claim of MERRICK.

6

7                                                    Nexus Bankruptcy

8    Date: May 5, 2025                               /s/Benjamin Heston

9                                                    Benjamin Heston,
                                                     Attorney for Debtor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTION TO CLAIM (POC 6)

**<u>DECLARATION OF SEVINA BEGA</u>**

I, Sevina Bega, declare as follows:

1.  I am one of the Debtors in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2.  I have reviewed the claim filed by MERRICK. To the best of my knowledge, the information in the claim, including the account number and date of last transaction, appears to be true and accurate.

3.  I have also reviewed the exhibit attached to this objection and it appears to be true and accurate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 24, 2025



SEVINA BEGA

OBJECTION TO CLAIM (POC 6)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

# EXHIBIT A

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTION TO CLAIM (POC 6)

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | SEVINA DANIELLE BEGA |
| Debtor 2 (Spouse, if filing) | RYAN WILLIAM BEGA |
| United States Bankruptcy Court for the: | CENTRAL          District of CA (State) |
| Case number | 24-13099 |

## Official Form 410

# Proof of Claim
04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

MERRICK BANK
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Resurgent Capital Services
Name

PO Box 10368
Number          Street

Greenville, SC     29603-0368
City                State            ZIP Code

Contact phone  (866) 572-0265

Contact email  askbk@resurgent.com

**Where should payments to the creditor be sent?** (if different)

Name _____

Number          Street _____

City                State            ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

RSG-02230-797087421
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____      Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** **Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __6190__ ____  ____ ____

**7.** **How much is the claim?**   $__3,638.81__ .   **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

__Credit Card__

**9.** **Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10.** **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11.** **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Official Form 410                                    **Proof of Claim**                                    page 2

<table>
<tr><td>12. <strong>Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?</strong><br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.</td><td colspan="2">☑ No<br><br>☐ Yes. <em>Check one:</em></td><td><strong>Amount entitled to priority</strong></td></tr>
</table>

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.      $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   <u>6/14/2024</u>
              MM / DD / YYYY

<u>  /s/ Star Tumminelli                  </u>
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | <u>Star Tumminelli</u> | | |
| | First name | Middle name | Last name |
| Title | <u>Claims Processor</u> | | |
| Company | <u>Resurgent Capital Services</u> | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | <u>PO Box 10368</u> | | |
| | Number      Street | | |
| | <u>Greenville, SC    29603-0368</u> | | |
| | City | State | ZIP Code |
| Contact phone | <u>(866) 572-0265</u> | Email | <u>askbk@resurgent.com</u> |



PO Box 10368
Greenville, SC  29603-0368

Phone:  (866) 572-0265
Email:  askbk@resurgent.com

**Proof of Claim**

**Account Supplemental Data**

Bankruptcy Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | 24-13099 | **District:** | CENTRAL DISTRICT OF CALIFORNIA |
| **Chapter:** | 13 | **Filer:** | SEVINA DANIELLE BEGA |
| **Petition Date:** | 05/31/2024 | **Co-Filer:** | RYAN WILLIAM BEGA |

Creditor Information

**Current Creditor*:**  MERRICK BANK

**Original Creditor:**  Providian Financial Corp

**Alternative Names (if any) for this creditor:**  Merrick Providian

**Creditor at time of last transaction:**  Providian Financial Corp

Account Information (*as obtained from current creditor's records*)

**Account Number (redacted):** 6190

**Amount due as of the date the bankruptcy case was filed**:** $3,638.81

**Amount due as of the date of the Proof of Claim**:** $3,638.81

| | | | |
|---|---|---|---|
| **Principal Balance**:** | $2,585.73 | **Charge Off Date:** | 06/25/2008 |
| **Interest Balance**:** | $1,053.08 | **Last Payment Date:** | 11/11/2007 |
| **Fees Balance**:** | $0.00 | **Last Transaction Date:** | 12/13/2007 |
| **Cost Balance**:** | $0.00 | | |

---

* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368
Telephone No.    (866) 572-0265

---

** The balance breakdown and itemization above reflects the amounts shown on MERRICK BANK's business records.

---

*** Please call Resurgent for additional information.

USPC

| | |
|---|---|
| Resurgent Capital Services | Phone Number:        (866) 572-0265 |
| PO Box 10368 | Email:        askbk@resurgent.com |
| Greenville, SC 29603-0368 | |

---

RE:   SEVINA DANIELLE BEGA
      RYAN WILLIAM BEGA

Case No:    24-13099

PROOF OF SERVICE

I certify that a copy of the foregoing documents was served upon the following persons electronically or
by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses
on this day,   6/14/2024      .

CENTRAL DISTRICT OF CALIFORNIA
3420 Twelfth St
Riverside, CA 92501

Rod Danielson
3787 University Avenue
Riverside, CA 92501

BENJAMIN HESTON
3090 BRISTOL ST
STE 400
COSTA MESA, CA 92626-3063

_____/s/ Star Tumminelli_____

Signature

| Limited Power of Attorney | 2009 |
|---|---|

WHEREAS Merrick Bank ("Grantor") has retained the services of **Resurgent Capital Services LP** ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Limited Power of Attorney in favor of Servicer.

NOW, THEREFORE, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on its own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any proof of claim, amending any proof of claim, or any other document necessary to collect upon and secure payment of any account serviced by Resurgent on behalf of Grantor;
2. Executing, acknowledging and delivering any assignment, credit agreement, credit statement, judgment, financing statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any account, lien or security interest;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

This Limited Power of Attorney is a power coupled with an interest. Resurgent shall be under no duty to exercise or withhold the exercise of any of the rights, powers, privileges, and options expressly or implicitly granted to Resurgent hereunder, and shall not be liable for any failure to do so or any delay in doing so. Resurgent shall not be responsible for any decline in the value of the property securing any account.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 29th day of September, 2009.

GRANTOR: Merrick Bank

By: _____

Name: Edward V. Time

Title: SVP

Witnessed by: _____

Name: _____

---

1 | Limited Power of Attorney – Merrick Bank, September 2009

| Limited Power of Attorney | 2009 |
|---|---|

STATE OF _Utah_ §
COUNTY OF _Salt Lake_ §
§

BEFORE ME, the undersigned authority, on this _29_ day of _September_ _2009_, personally appeared _Brian W. Jones_ to me well known to be the person described in and who signed the foregoing Limited Power of Attorney, and acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid.

_Monique Garat_
NOTARY PUBLIC

My Commission Expires: _10-19-09_

```
Notary Public
MONIQUE GARAT
10705 South Jordan Gateway Suite 200
South Jordan, Utah 84095
My Commission Expires
October 19, 2009
State of Utah
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3090 Bristol Street
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/09/2025    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  05/09/2025   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/09/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.