United States Bankruptcy Court
Central District of California

In re:  Case No. 24-13099-RB
Sevina Danielle Bega  Chapter 13
Ryan William Bega
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 1
Date Rcvd: Jul 03, 2025  Form ID: pdf042  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Sevina Danielle Bega, Ryan William Bega, 5535 Apple Orchard Ln, Riverside, CA 92506-3338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Sevina Danielle Bega bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Ryan William Bega bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 03 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br>                                                            Debtor(s). | CASE NO.: 6:24-bk-13099-RB<br>CHAPTER: 13<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE:  June 18, 2025<br>TIME:  2:00 PM<br>COURTROOM: 303<br>PLACE:  3420 Twelfth Street<br>               Riverside, CA 92501 |
|---|---|

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(NOTES FOR USE OF THIS FORM: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

---

Calendar Number: 22        Claim Number: 11        Claim Amount: $761.55

Claimant Name: LVNV Funding, LLC

☒  Disallowed    ☐  Allowed        ☐  Unsecured: $                ☐  Priority: $
Comments:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    F 3007-1.1.ORDER.OBJ.CLAIM

| | | |
|---|---|---|
| Calendar Number: 22 | Claim Number: 12 | Claim Amount: $972.86 |
| Claimant Name: LVNV Funding, LLC | | |
| ☒ Disallowed  ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

| | | |
|---|---|---|
| Calendar Number: 22 | Claim Number: 13 | Claim Amount: $1,334.89 |
| Claimant Name: LVNV Funding, LLC | | |
| ☒ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| | | |
|---|---|---|
| Calendar Number: 22 | Claim Number: 14 | Claim Amount: $3,919.48 |
| Claimant Name: LVNV Funding, LLC | | |
| ☒ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| | | |
|---|---|---|
| Calendar Number: 22 | Claim Number: 15 | Claim Amount: $9,870.57 |
| Claimant Name: LVNV Funding, LLC | | |
| ☒ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| | | |
|---|---|---|
| Calendar Number: | Claim Number: | Claim Amount: $ |
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 2                **F 3007-1.1.ORDER.OBJ.CLAIM**

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

###

Date: July 3, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*        Page 3        F 3007-1.1.ORDER.OBJ.CLAIM