| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors*<br>☐ *Chapter 13 trustee* | **FILED & ENTERED**<br><br>**AUG 18 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>SEVINA DANIELLE BEGA, and<br><br>RYAN WILLIAM BEGA,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-13099-RB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) 7/24/2025 as docket entry number 76 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted        ☐    Denied

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                                F 3015-1.14.ORDER.CH13.GENRL

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

TRUSTEE'S RECOMMENDATION: SUSPEND 2 MOS (6/2025- 7/2025); PLAN PMTS REDUCED TO $950 BEG. 8/2025. THIS REMAINS A 100% PLAN.

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____ .

###

Date: August 18, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3015-1.14.ORDER.CH13.GENRL**