**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:  6:24-bk-13099-RB** |
| **SEVINA DANIELLE BEGA**<br>**RYAN WILLIAM BEGA**<br><br>Debtor(s). | **NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE**<br>**[ 11 U.S.C. 1307(c) ]**<br><br>**Hearing Date: 08/20/2025** |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 07/03/1936.

The hearing on this motion which was scheduled for 08/20/2025, should be taken off calendar.

Date: 08/20/2025

/s/ Rod Danielson
Signature